# Domains causing traffic to be diverted to BV-controlled websites

- This is a list of domains that have had activity regarding the spurious websites that have seen activity over the past 6 months.
- This is **not** a full list of domains that dmarcian BV has control of that the Inc needs to get under its management.
- The change history for these does not necessarily go back as far as the 7 months, as some of the domains only came under my radar and therefore the monitoring, at different points over the timeframe.
- The "No data yet" lines indicate the first time I put the domain into the monitoring service.
- 

DMARCIAN.NL - This site has been up for awhile, and has traditionally linked to the Inc-managed EU site, but this was adjusted in Feb to point to the rogue dmarcian-europe/dmarcian.co.uk site

| Sub | TLD | Whois | FQDN | Type | Value | Last Good | Last Error | Last Change (v) |
|---|---|---|---|---|---|---|---|---|
| ☑ dmarcian.nl | | [W] | dmarcian.nl | A | 01: A: 167.71.9.172 | 2021-03-03 16:22:54Z | --- | 2021-02-09 09:46:46Z |
| | | History: | | DEL n/a<br>ADD A<br>DEL A<br>ADD A | No data yet<br>51.77.27.81<br>51.77.27.81<br>167.71.9.172 | | | 2020-10-06 00:35:37Z<br>2020-10-06 00:35:37Z<br>2021-02-09 09:46:45Z<br>2021-02-09 09:46:46Z |

DMARCIAN.EU - This is a production "dmarcian app" domain
I did not enter this into the monitoring service until 2020/10/06, which was after the BV moved the "NS" records from my control over to a BV-managed DNS server. They populated it, at the time with a near-copy of what we had in production. But with them having full control over it, it is a simple flip of some settings that they manage that will cause all of our EU customers' legitimate traffic going to our APP server to go be hijacked and to go to a BV-controlled site. This is a major, major vulnerability for us that I cannot stress enough.

DMARCIAN.FR

| ☑ dmarcian.fr | [W] | dmarcian.fr | A | ADD NS<br>01: A: 167.71.9.172 | ns-cloud-b4.googledomains.com | 2021-03-03 16:22:49Z | --- | 2020-12-21 01:54:34Z<br>2021-02-18 17:16:39Z |
|---|---|---|---|---|---|---|---|---|
| | | History: | | DEL n/a<br>ADD A<br>DEL A<br>ADD A | No data yet<br>217.182.147.96<br>217.182.147.96<br>167.71.9.172 | | | 2020-11-13 04:43:19Z<br>2020-11-13 04:43:19Z<br>2021-02-18 17:16:39Z<br>2021-02-18 17:16:39Z |

recently stood up, redirects to EU registrations to the BV's **eu.dmarcadvisor.com** site

DMARCIAN.BE

| ☑ dmarcian.be | [W] | dmarcian.be [web] | A | 02: A: 184.168.131.241<br>01: A: 167.71.9.172 | 2021-03-03 16:16:39Z | --- | 2021-02-16 00:15:48Z |
|---|---|---|---|---|---|---|---|
| | History: | | DEL n/a<br>ADD A<br>ADD A | No data yet<br>184.168.131.241<br>167.71.9.172 | | | 2020-12-21 01:53:30Z<br>2020-12-21 01:53:30Z<br>2021-02-16 00:15:48Z |

It now redirects to the BV-controlled **dmarcian.nl** site

### DMARCIAN.APP

It now redirects to the BV controlled **dmarcian.co.uk** site

### DMARCIAN.AT

It now redirects to the BV controlled **dmarcian.co.uk** site

### DMARCIAN.EMAIL

It now redirects to the BV controlled **dmarcian.co.uk** site

### DMARCIAN.IO

It now redirects to the BV controlled **dmarcian.co.uk** site

### DMARCIAN.ES

recently stood up, redirects to EU registrations to the BV's **eu.dmarcadvisor.com** site

### DMARCIAN.FRL

recently stood up, redirects to dmarcian.nl, which directs EU registrations to the BV's **eu.dmarcadvisor.com** site

### DMARCIAN.JP

| Sub | TLD | Whois | FQDN | Type | Value | Last Good | Last Error | Last Change (v) |
|---|---|---|---|---|---|---|---|---|
| ☑ | dmarcian.jp | [W] | dmarcian.jp [web] | A | 01: A: 167.71.9.172 | 2021-03-03 16:22:53Z | --- | 2021-03-03 00:18:21Z |
| | | History: | DEL<br>ADD<br>DEL<br>ADD | n/a<br>A<br>A<br>A | No data yet<br>51.77.27.81<br>51.77.27.81<br>167.71.9.172 | | | 2021-02-18 19:34:08Z<br>2021-02-18 19:34:08Z<br>2021-03-03 00:18:21Z<br>2021-03-03 00:18:21Z |

Recently stood up, redirects to the BV's **dmarcian.co.uk** site.

DMARCIAN.CN

| Sub | TLD | Whois | FQDN | Type | Value | Last Good | Last Error | Last Change (v) |
|---|---|---|---|---|---|---|---|---|
| ☑ | dmarcian.cn | [W] | dmarcian.cn [web] | A | 01: A: 167.71.9.172 | 2021-03-03 16:22:42Z | --- | 2021-03-03 04:22:45Z |
| | | History: | DEL<br>ADD<br>DEL<br>ADD<br>DEL<br>ADD<br>DEL<br>ADD | n/a<br>A<br>A<br>A<br>A<br>A<br>A<br>A | No data yet<br>51.77.27.81<br>51.77.27.81<br>167.71.9.172<br>167.71.9.172<br>51.77.27.81<br>51.77.27.81<br>167.71.9.172 | | | 2020-12-10 23:06:25Z<br>2020-12-10 23:06:25Z<br>2021-03-03 00:22:42Z<br>2021-03-03 00:22:42Z<br>2021-03-03 01:16:59Z<br>2021-03-03 01:16:59Z<br>2021-03-03 04:22:45Z<br>2021-03-03 04:22:45Z |

Recently modified; it now redirects to the BV's **dmarcian.co.uk** site.

DMARCIAN.HK

| Sub | TLD | Whois | FQDN | Type | Value | Last Good | Last Error | Last Change (v) |
|---|---|---|---|---|---|---|---|---|
| ☑ | dmarcian.hk | [W] | dmarcian.hk [web] | A | 01: A: 167.71.9.172 | 2021-03-03 16:22:50Z | --- | 2021-03-03 05:18:06Z |
| | | History: | DEL<br>ADD<br>DEL<br>ADD<br>DEL<br>ADD<br>DEL<br>ADD | n/a<br>A<br>A<br>A<br>A<br>A<br>A<br>A | No data yet<br>51.77.27.81<br>51.77.27.81<br>167.71.9.172<br>167.71.9.172<br>51.77.27.81<br>51.77.27.81<br>167.71.9.172 | | | 2020-12-10 23:06:04Z<br>2020-12-10 23:06:04Z<br>2021-03-03 03:22:54Z<br>2021-03-03 03:22:54Z<br>2021-03-03 04:18:06Z<br>2021-03-03 04:18:06Z<br>2021-03-03 05:18:06Z<br>2021-03-03 05:18:06Z |

Recently modified; it now redirects to the BV's **dmarcian.co.uk** site.

# *Dmarcian*-interest domains currently being monitored that we do not have control over

| Domain Name | Created | Expiration | Managed by | Comment 1 | Comment 2 |
|---|---|---|---|---|---|
| dmarcian-ap.com | | 2021-03-29 | dm INC | INC: Production Web Server, Alternate Address (AP) | |
| Dmarcian-eu.com | | | dm INC | INC: Production Web Server, Alternate Address (EU) | |
| Dmarcian-europe.com | | | BV | **Redirects to dmarcian.co.uk** | |
| Dmarcian.app | 2018-05-08 | 2021-05-08 | BV | **Redirects to dmarcian.co.uk** | |
| Dmarcian.at | | | BV | **Redirects to dmarcian.co.uk** | |
| Dmarcian.be | 2018-05-08 | | BV | **Redirects to dmarcian.nl** | |
| Dmarcian.bg | | | BV | **Misconfigured gtranslate site** | |
| Dmarcian.ca | | | dm INC | no DNS in place yet | |
| Dmarcian.ch | | | BV | **Misconfigured gtranslate site** | |
| Dmarcian.cn | 2019-11-05 | 2021-11-05 | "marcaria.com LLC" | **Redirects to dmarcian.co.uk** | |
| Dmarcian.co.jp | 2019-11-05 | 2021-11-30 | "Taka Oyama LLP" | No website responds | |
| Dmarcian.co.uk | 2018-05-11 | 2021-05-11 | BV | | |
| Dmarcian.com | 2012-01-31 | 2028-01-31 | dm INC | INC: Primary Marketing Site | |
| Dmarcian.cz | | | BV | **gtranslate'd site** | |
| Dmarcian.de | | | BV | updated 2020-09-08 | directs to dmarcian.com |
| Dmarcian.dev | | | (available??) | may not exist | |
| Dmarcian.dk | 2014-03-13 | 2021-03-31 | dm INC | **gtranslate'd site** | |

| Domain | Registered | Expires | Owner | Notes | Extra |
|---|---|---|---|---|---|
| Dmarcian.email | 2018-07-03 | 2021-07-03 | BV | **Redirects to dmarcian.co.uk** | |
| Dmarcian.es | | | BV | **gtranslate'd site** | |
| Dmarcian.eu | | | BV | INC: Production Web Server for EU Region | |
| Dmarcian.fr | 2018-06-01 | 2021-06-01 | BV | **gtranslate'd site** | |
| Dmarcian.frl | 2019-09-19 | 2021-09-19 | BV | **Redirects to dmarcian.nl** | |
| Dmarcian.hk | | | BV | **Redirects to dmarcian.co.uk** | |
| Dmarcian.ie | | | (available??) | Working to secure incorporation so that we can legally obtain this | |
| Dmarcian.in | 2018-05-31 | 2021-05-31 | BV | **Misconfigured gtranslate site** | |
| Dmarcian.io | 2018-07-03 | 2021-07-03 | BV | **Redirects to dmarcian.co.uk** | |
| Dmarcian.it | 2018-09-06 | 2021-09-06 | BV | **Misconfigured gtranslate site** | |
| Dmarcian.jp | 2019-11-05 | 2021-11-30 | BV | **Redirects to dmarcian.co.uk** | |
| Dmarcian.me | | | (available??) | No website responds | |
| Damarcian.net | 2018-05-11 | 2021-05-11 | BV | No website responds | |
| Dmarcian.nl | 2014-07-04 | | BV | BV Controlled Website; EU links hijack to eu.dmarcadvisor.com | |
| Dmarcian.org | | | BV | No website responds | |
| Dmarcian.org.uk | 2019-12-11 | 2021-12-11 | BV | *Wordpress site; partially set up; bad!* | |
| Dmarcian.pl | 2018-05-31 | 2021-05-31 | BV | **Misconfigured gtranslate site** | |
| Dmarcian.ru | | | (available??) | No website responds | |
| Dmarcianeurope.com | 2019-12-09 | 2021-12-09 | BV | (no hypen) | No website responds |