

Why DMARC   Solutions   Pricing   Tools   News and Knowledge   About                              Sign Up Free    Login

# Secure your domains from email impersonation and phishing attacks with DMARC.

**Is your domain protected?**

mydomain.com

CHECK MY DOMAIN

### DMARC SaaS Platform

Allow our application to process and visualize DMARC data in ways that expose authentication gaps (SPF/DKIM) and unauthorized use of your domains.

Recommended for organizations of all sizes and DMARC needs.

LEARN MORE

### Deployment Services

Have confidence and expedite your DMARC project timeline by allowing our Deployment Managers to take you through our project-based approach.

Ideal for organizations new to DMARC or ones needing assistance bringing about change.

LEARN MORE

### Dedicated Support

Get on-demand support when needs arise. We can help you manage DMARC-related incidents, regular data reviews, ongoing compliance, and embedding DMARC into daily operations.

Best for organizations that need incident-response assurances or intermittent support.

LEARN MORE

| +157 | +1,701,220 | +50,830 | +867,000,000,000 |
|---|---|---|---|
| partners | monitored domains | customers | Email Volume Processed |

**Trusted by**



## dmarcian helps you protect your brand and identity online

🔒 **Security**
Prevent unauthorized use of your email domain to protect people from spam, fraud, and phishing.

👁 **Visibility**
dmarcian's tools shows you who and what across the Internet is sending email using your email domain.

✉ **Delivery**
dmarcian gives you access to the same modern plumbing that mega companies use to deliver email.

👤 **Identity**

We use cookies to give you the best experience on our website.
I accept    Learn More


Exhibit B-3
S. Draeger


Welcome to dmarcian!



Why DMARC  Solutions  Pricing  Tools  News and Knowledge  About                Sign Up Free   Login

the entire world's email by making DMARC accessible to all. dmarcian brings together thousands of senders, vendors, and operators in a common effort to build DMARC into the email ecosystem. Our customers range from banks and top Internet properties to governments, marketing agencies, telecoms, nonprofits and commercial enterprises of all sizes.

Your email is a key factor in your online identity. Not only does email connect workers, partners and customers together, it is part of your brand and represents your organization to the outside world. Email is an important resource that needs to be safeguarded and secured. At dmarcian, we see email security and authentication as cornerstones of the internet. We believe email is worth fixing.

Get your domains into compliance. Try out dmarcian for free!   SIGN UP FREE   CONTACT US

Register
Login
Tools
 DMARC Domain Checker
 DMARC Inspector
 DMARC Record Wizard
 SPF Surveyor
 DKIM Inspector
 DKIM Validator
 Phishing Scorecard
 XML to Human Converter
 DMARC Data Providers

Why DMARC
 What is SPF?
 What is DKIM?
 DMARC Alignment
 Getting started with DMARC
Solutions
 DMARC SaaS Platform
 Deployment Services
 Dedicated Support
News & Knowledge
 Blog
 Forums
Pricing
Product Changelog

About
 About dmarcian
 Partners
  Find a Partner
  Become a Partner
  MSPs & MSSPs
 Employment Opportunities
 Contact Us
 Meet our Team
 dmarcian's Impact
Status
Legal
 Security and Compliance
 Privacy Policy
 Cookie Policy
 Terms of Service
 GDPR

SIGN UP TO RECEIVE OUR NEWSLETTER

Email address: *

© 2021 dmarcian. dmarcian is a registered trademark of dmarcian, Inc.

We use cookies to give you the best experience on our website.
I accept    Learn More