



EMAIL TECHNOLOGY   TECHNICAL GUIDANCE   VIDEOS

# Videos on all things DMARC

7 August 2019

We're very pleased to feature a series of short, technical videos that walk through various aspects of DMARC. These videos draw upon the best of our training courses, are freely available and can be viewed at your leisure.

These videos stand by themselves and should be accessible even to the less technically inclined among us. If you've got an hour and you'd like to become an expert in DMARC, view them in order and then let us know how you feel!

1. DMARC – Overview
2. DMARC – How It Works
3. DMARC – Benefits
4. DMARC – Return on Investment
5. DMARC – Deployment Process
6. SMTP Overview
7. SPF Overview
8. DKIM Overview
9. DMARC – Technical Overview



EXHIBIT
B-4
S. Droogen

We use cookies to give you the best experience on our website.

I accept    Learn More    ✕

Case 1:21-cv-00067-MR   Document 8-5   Filed 03/25/21   Page 1 of 6

Page 1 of 6



Are you interested in learning how our platform can help you achieve your DMARC goals? Take a look at a few features of our reporting platform, specifically the Domain Overview, Source Viewer and Detail Viewer.



*Want to continue the conversation? Head over to the dmarcian* Forum

Tags:  DMARC   Video

Love     ☐ Share     ☐ Tweet

We use cookies to give you the best experience on our website.

I accept     Learn More     ✕



Search...  Search

TAGS

BIMI  COVID-19  Cybercrime  Deliverability  DKIM  DMARC
DMARC Benefits  Dmarcian  DMARC Receivers  DMARC Records  ESP
GDPR  Google  Office 365  Podcast  Reporting
Sending On Behalf Of Others  SPF  Tools  Video  Webinar
White Paper  Yahoo

MOST VIEWED POSTS

1. DKIM Records: How to Create and Add to Your DNS
1 June 2020

2. How to Publish a DMARC Record
3 June 2020

3. Monitor Your Domains with Alert Central
8 December 2020

4. Track DMARC Compliance with Account Progress Report
25 January 2021

5. SPF Management Challenges
23 March 2020

CATEGORIES

Case Studies

Deployment

dmarcian Platform

Ecosystem News

Email Technology

Inside dmarcian

We use cookies to give you the best experience on our website.

I accept   Learn More   ✕

Videos

Webinars and Podcasts

White Paper



Get your domains into compliance. Try out dmarcian for free!

SIGN UP FREE

CONTACT US

Register

Login

Tools

    DMARC Domain Checker

    DMARC Inspector

    DMARC Record Wizard

    SPF Surveyor

    DKIM Inspector

    DKIM Validator

    Phishing Scorecard

    XML to Human Converter

    DMARC Data Providers

Why DMARC

We use cookies to give you the best experience on our website.

I accept    Learn More

- DMARC Alignment
- Getting started with DMARC

Solutions
- DMARC SaaS Platform
- Deployment Services
- Dedicated Support

News & Knowledge
- Blog
- Forums

Pricing

Product Changelog

About
- About dmarcian
- Partners
  - Find a Partner
  - Become a Partner
  - MSPs & MSSPs
- Employment Opportunities
- Contact Us
- Meet our Team
- dmarcian's Impact

Status

Legal
- Security and Compliance
- Privacy Policy
- Cookie Policy
- Terms of Service
- GDPR

We use cookies to give you the best experience on our website.

[ I accept ] [ Learn More ]

Email address: *

Sign up



© 2021 dmarcian. dmarcian is a registered trademark of dmarcian, Inc.

We use cookies to give you the best experience on our website.

I accept    Learn More

Case 1:21-cv-00067-MR   Document 8-5   Filed 03/25/21   Page 6 of 6