

Menu ≡



Protect your domains against email abuse and phishing with DMARC
Monitor and control your DMARC process with dmarcian

**GET STARTED WITH A 14 DAY FREE TRIAL**

## Is your domain protected?

mydomain.com

**Check my domain**

### DMARC SaaS Platform

Allow our application to process and visualize DMARC data in ways that expose authentication gaps (SPF/DKIM) and unauthorized use of your domains.

**LEARN MORE**





EXHIBIT
C-1
S. Dregon

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the **settings [/ setting].**

Accept    Settings

dmarcian EUROPE

# DMARC Aligment

By themselves, SPF and DKIM can associate a piece of email with a domain. DMARC attempts to tie the results of SPF and DKIM to the content of email, specifically to the domain found in the From: header of an email. The domain found in the From: header of a piece of email is the entity that ties together all DMARC processing.

Because anyone can buy a domain and put SPF and DKIM into place (including criminals), the results of processing SPF and DKIM have to be related to the domain found in the From: header to be relevant to DMARC. This concept is referred to as Identifier Alignment.

Identifier Alignment is how existing email authentication technologies are made relevant to the content of an email. Getting identifiers to align ends up being a large part of the work of

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the <u>settings [/ setting].</u>

Accept    Settings


# Are your SPF and DKIM identifiers aligned with the 'From: domain'?

When your email is sent, the "From domain" has your domain name after the @ within the email address. Your DKIM signature should also contain the same domain name embedded into the key string. If they match, then they are aligned. Having the SPF and the DKIM align means your email will pass DMARC verification.



## Configuring third-party sources

Third party sources (eg. SendGrid, Amazon SES, Salesforce, etc.) often use their domain name space to get SPF and DKIM to pass. Configuring these third-party sources to use your own domain

We use cookies to give you the best experience on our site. You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept    Settings



instructions on how to configure related settings.

## Get your domains into compliance. Try out dmarcian for free!

**SIGN UP FREE**

**PLAN A DEMO**



Contact

sales@dmarcian-europe.com

support@dmarcian-europe.com

partners@dmarcian-europe.com

invoice@dmarcian-europe.com

Tel: +31 78 632 0242



We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept   Settings



Menu ≡

DMARC Inspector

DMARC Record Wizard

DKIM Inspector

DKIM Validator

SPF Surveyor

XML to Human Converter

Services

DMARC SaaS Platform

Deployment Services

Dedicated Support

Sources

News & Knowledge

Terms of Service

GDPR

About dmarcian

Copyright © Dmarcian Europe BV

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept    Settings


## How does DKIM work?

DKIM gives emails a signature header that is added to the email and secured with encryption. This DKIM signature acts like a tamper-proof seal for email to verify that it has actually come from the domain it says it does and that it hasn't been tampered with.

To use DKIM, email servers are configured to attach special signatures to the emails they send. These signatures travel with the emails and are verified along the way by the email servers that move the emails toward their final destination.



## What is a DKIM

We use cookies to give you the best experience on our site. You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept     Settings


# Deployment Services

dmarcian Deployment Services are project-based initiatives that help you achieve your DMARC objectives and milestones. Each project maintains the necessary education, training and policy enactments to ensure you can be self-sufficient in managing your domain catalog and email footprint when the project comes to conclusion.

Deployment projects commence with education and training modules to ensure you understand the entirety of the program scope and can take action with the appropriate context. Subsequent sessions will take the form of weekly meetings championed by the Deployment Manager. Most sessions will include a screen-share meeting room, option to record, and leave-behind assets.



We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

[ Accept ]  [ Settings ]


compliance and how it affects different aspects of your organization.

### Phase 1: Assess

The Assess phase starts with gathering your organizational domains and collecting data about them using the DMARC policy of p=none. Then we'll perform an impact analysis on the results in order to categorize the domains and create an accurate implementation plan.

### Phase 2: Implement

The Implement phase focuses on enabling email authentication based on the plan created during the Assess stage. The goal here is to make each email source DMARC compliant by deploying SPF and DKIM technologies. Once an agreed-upon coverage is reached, we'll move away from monitoring mode to a p=reject DMARC policy.

### Phase 3: Manage

The last phase of the project is focused on preparing your organization for the future on two main fronts: unexpected problems and planned changes. We'll enable reports and alerts for cases when we see infrastructure hurdles. Most importantly, we'll establish a new business

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the **settings [/ setting].**

Accept    Settings



dmarcian for free!

**SIGN UP FREE**

**PLAN A DEMO**



Contact

sales@dmarcian-europe.com

support@dmarcian-europe.com

partners@dmarcian-europe.com

invoice@dmarcian-europe.com

Tel: +31 78 632 0242



Tools

DMARC Domain Checker

DMARC Inspector

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept     Settings



SPF Surveyor

XML to Human Converter

Services

DMARC SaaS Platform

Deployment Services

Dedicated Support

Sources

News & Knowledge

Terms of Service

GDPR

About dmarcian

Copyright © Dmarcian Europe BV

☐  ☐  ☐  ☐

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept     Settings


# DMARC SaaS Platform

dmarcian's DMARC SaaS platform receives, processes and classifies mail observed from your domain namespace and makes sense of it for you. The native XML format in which DMARC data is transmitted is not intended for human consumption. Our platform visualizes the data in powerful and meaningful ways so you can quickly identify authentication gaps (SPF/DKIM) and unauthorized use of your domains.

In addition to aggregating DMARC data, our platform provides domain administration teams with the necessary features to adopt DMARC with clarity and confidence. The dmarcian reporting platform sits atop the most accurate source classification engine in the industry and affords users with assurances of the true origin of a particular mail stream.

**dmarcian has been processing DMARC data since the inception of the specification in 2012.**

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the <u>settings [/ setting].</u>

Accept     Settings



Menu ≡



## Without dmarcian

This – times a whole lot more, depending on the amount of email you send.

```
<?xml version="1.0" encoding="UTF-8" ?>
<feedback>
  <report_metadata>
    <org_name>google.com</org_name>
    <email>noreply-dmarc-support@google.com</email>
    <extra_contact_info>https://support.google.com/a/answer/2466580</extra_contact_info>
    <report_id>15623471624227053587</report_id>
    <date_range>
      <begin>1515888000</begin>
      <end>1515974399</end>
    </date_range>
  </report_metadata>
  <policy_published>
    <domain>dmarcian.com</domain>
    <adkim>r</adkim>
    <aspf>r</aspf>
    <p>reject</p>
    <sp>reject</sp>
    <pct>100</pct>
  </policy_published>
  <record>
    <row>
      <source_ip>198.2.136.24</source_ip>
      <count>290</count>
      <policy_evaluated>
        <disposition>none</disposition>
        <dkim>pass</dkim>
        <spf>pass</spf>
      </policy_evaluated>
```

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept    Settings



Menu ☰

DMARC's XML feedback
contains useful
information,
and **dmarcian** helps you
make sense of it.



## Domain Overview

The Domain Overview contains a summary of the status of all your domains and sources. The geographical location of recent abuse is also shown. View the state of your domains at a glance, and get to work locking down your email domains.

## Detail Viewer

The Detail Viewer allows you to explore your

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept    Settings


option that can be used to show what would have happened had a DMARC policy been in place.



The Detail Viewer also shows your data grouped into four high-level tabs: DMARC-capable, Non-compliant, Forwarding, and Threat/Unknown. Each tab shows groups of infrastructure and details on DMARC compliance. You can find more information on how to get DMARC compliant per source. You can reveal more detail about each group and discover the sources of your domain's email and combine data from multiple providers across specific timelines.

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept    Settings


## API

Integrate our DMARC SaaS Platform seamlessly into your own dashboards or SOC by using our API. This is an Enterprise plan only feature.

## Domain Discovery

Not sure what domains you have registered? **dmarcian** can help. Using Domain Discovery, dmarcian can automatically discover your digital assets and add them to your catalogue. This is an Enterprise plan only feature.

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the **settings [/ setting].**

**Accept**   Settings




## Source Viewer

The Source Viewer shows an overview of the DMARC Capable Sources we have found across all of your domains or domain groups.

## Single Sign-On

Our DMARC SaaS Platform allows our customers to extend their security setup using Single Sign-On. Single Sign-On lets organizations define/manage access requirements and simplifies provisioning and deprovisioning of users. We currently support SAML V2.0. This is an Enterprise-only feature.



We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept      Settings



## Automatic Subdomain Detection

Our DMARC SaaS Platform automatically detects, processes, sorts and displays subdomains and gives users the option to choose which subdomains are valuable to them.

### Get your domains into compliance. Try out dmarcian for free!

**SIGN UP FREE**

**PLAN A DEMO**



Contact

sales@dmarcian-europe.com

support@dmarcian-europe.com

We use cookies to give you the best experience on our site. You can find more information about which cookies we are using or disable them in the <u>settings [/ setting]</u>.

Accept        Settings





Tools

DMARC Domain Checker

DMARC Inspector

DMARC Record Wizard

DKIM Inspector

DKIM Validator

SPF Surveyor

XML to Human Converter

Services

DMARC SaaS Platform

Deployment Services

Dedicated Support

Sources

News & Knowledge

Terms of Service

GDPR

About dmarcian

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept    Settings



## Solutions

### DMARC SaaS Platform

Allow our application to process and visualize DMARC data in ways that expose authentication gaps (SPF/DKIM) and unauthorized use of your domains.

Recommended for organizations of all sizes and DMARC needs.

[ learn more ]



### Deployment Services

Have confidence and expedite your DMARC project timeline by allowing our Deployment

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

[ Accept ]  [ Settings ]


dmarcian

needing assistance bringing about change.

Learn more



## Dedicated Support

Get on-demand support when needs arise. We can help you manage DMARC-related incidents, regular data reviews, ongoing compliance, and embedding DMARC into daily operations.

Best for organizations that need incident-response assurances or intermittent support.

Learn more



We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the **settings [/ setting].**

Accept    Settings



Menu

Get your domains into compliance. Try out dmarcian for free!

<div>SIGN UP FREE</div>

<div>PLAN A DEMO</div>



Contact

sales@dmarcian-europe.com

support@dmarcian-europe.com

partners@dmarcian-europe.com

invoice@dmarcian-europe.com

Tel: +31 78 632 0242



Tools

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept    Settings



DKIM Inspector

DKIM Validator

SPF Surveyor

XML to Human Converter

Services

DMARC SaaS Platform

Deployment Services

Dedicated Support

Sources

News & Knowledge

Terms of Service

GDPR

About dmarcian

Copyright © Dmarcian Europe BV

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the **settings [/ setting].**

Accept    Settings