

Why DMARC  Solutions  Pricing  Tools  News and Knowledge  Contact    Sign Up Free    Login

# Protect your domains against email abuse and phishing with DMARC

Monitor and control your DMARC process with dmarcian

**Is your domain protected?**  mydomain.com  Check my domain

### DMARC SaaS Platform
Allow our application to process and visualize DMARC data in ways that expose authentication gaps (SPF/DKIM) and unauthorized use of your domains.

LEARN MORE

### Deployment Services
Have confidence and expedite your DMARC project timeline by allowing our Deployment Managers to take you through our project-based approach.

LEARN MORE

### Dedicated Support
Get on-demand support when needs arise. We can help you manage DMARC-related incidents, regular data reviews, ongoing compliance, and embedding DMARC into daily operations.

LEARN MORE



**Trusted by**

Huntington · slack · Danske Bank · ascensus · post · Rabobank · FIS · LIBERTY GLOBAL · lyft

## dmarcian helps you protect your brand and identity online

**Security** — Prevent unauthorized use of your email domain to protect people from spam, fraud, and phishing.

**Visibility** — dmarcian's tools shows you who and what across the Internet is sending email using your email domain.

**Deliverability** — dmarcian gives you access to the same modern plumbing that mega companies use to deliver email.

**Identity** — Make your email easy to identify across the huge and growing footprint of DMARC – capable receivers.

Get your domains into compliance. Try out dmarcian for free!   SIGN UP FREE

PLAN A DEMO



dmarcian

**Contact**
sales@dmarcian-europe.com
support@dmarcian-europe.com
partners@dmarcian-

🇬🇧 🇸🇪

**Tools**
DMARC Domain Checker
DMARC Inspector
DMARC Record Wizard

**Services**
DMARC SaaS Platform
Deployment Services
Dedicated Support

**Sources**
News & Knowledge



EXHIBIT C-3  S. Draegn