

## Videos on all things DMARC

We're very pleased to feature a series of short, technical videos that walk through various aspects of DMARC. These videos draw upon the best of our training courses, are freely available and can be viewed at your leisure.

These videos stand by themselves and should be accessible even to the less technically inclined among us. If you've got an hour and you'd like to become an expert in DMARC, view them in order and then let us know how you feel!

1. DMARC – Overview
2. DMARC – How It Works
3. DMARC – Benefits
4. DMARC – Return on Investment
5. DMARC – Deployment Process
6. SMTP Overview
7. SPF Overview
8. DKIM Overview
9. DMARC – Technical Overview



Looking for a quick DMARC overview in less than

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept    Settings



Menu



Are you interested in learning how our platform can help you achieve your DMARC goals? Take a look at a few features of our reporting platform, specifically the Domain Overview, Source Viewer and Detail Viewer.








Menu

Sources

News & Knowledge

Terms of Service

GDPR

About dmarcian

Copyright © Dmarcian Europe BV

We use cookies to give you the best experience on our site.
You can find more information about which cookies we are using or disable them in the settings [/ setting].

Accept    Settings

Case 1:21-cv-00067-MR   Document 8-9   Filed 03/25/21   Page 4 of 4