← → C 🔒 eu.dmarcadvisor.com/accounts/register/?_ga=2.215580432.625092276.1615321230-1580272456.1615321230

::: Apps  G dmarcian Intranet  dmarcian intranet  dmarcian – Googl...  dmarcian – Login...  G dmarcian Europe/...  dmarcian forum  G dmarcian-stg - Lo...  M Gmail- dmarcian  Monitoring 101: C...  »

**dmarcian** EUROPE  We help people deploy DMARC                    Sign Up Free    Login

🔧 DMARC Inspector        🔧 SPF Surveyor        🔧 DKIM Inspector        ⚙ Data Reporters        📊 DMARC XML to Human Converter        📋 DMARC Scorecards ⧉

As of GDPR compliance, we strongly advise to update your DMARC records:
Please change your RUA to <your-unique-token>@ag.eu.dmarcadvisor.com. Please change your RUF to <your-unique-token>@fr.eu.dmarcadvisor.com.
If this is already the case, you can ignore this message. If you have questions, please contact support@dmarcadvisor.com

## Get Started On Your Free Trial

So that we can offer you the trial experience that will best serve your needs, please complete the form below. You will receive an email upon creating your account, asking you to confirm. From there, we will email you important information relevant to your free trial and provide support if needed.

If this account is for personal use, with less than 10,000 messages per month and no more than 2 domains, it will qualify for our Free pricing tier.

**Email Address***

[                                                    ] 📇

You will use it to login into your account.

**Domain Name***

[                                                    ]

You can always change it or add more domains to your account later.

[ Enterprise                                       ▾]

Select the type of account you would like to trial.

### You are registering with

**dmarcadvisor Europe/Africa/Russia**

Case 1:21-cv-00067  Document 1-3  Filed 03/12/21  Page 1 of 1