# Pamela Duffy

**Subject:** FW: Fwd: Act now

-------- Forwarded Message --------
Subject: Act now
Date: Tue, 23 Mar 2021 07:52:58 +0000
From: Frank Lindberg <flin@tdc.dk>
To: Tomki Camp <support@dmarcian.com>
CC: Tim Draegen <tim@dmarcian.com>


Hi,

See message below. I guess you need to fight for your users in Europa... and send them a message...

Venlig hilsen / Best wishes

Frank Lindberg

TDC A/S

TDC Group Security

Anti Abuse Desk

Tlf. +45-24 25 96 68

*Fra:* x
*Sendt:* 22. marts 2021 16:00
*Til:* Frank Lindberg <flin@tdc.dk>
*Cc:* x
*Emne:* Fwd: [EXT] DMARC

Just FYI,

Mvh

Niclas



Get Outlook for iOS
<https://eur02.safelinks.protection.outlook.com/?url=https%3A%2F%2Faka.ms%2Fo0ukef&data=04%7C01%7C%7C8c3cb953190d4c83a50f08d8ed432673%7Ce8dcf6e63acc4af99cb277f688cb688b%7C0%7C0%7C637520219950770353%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=jPRDm9BLfAweq1PeptkTcCX%2B99wW8mbQWQbZUEkveO0%3D&reserved=0>

-----------------------------------------------------------------------

1

*From:* x <@sl.mimecast.com <mailto:adecarne@sl.mimecast.com>>
*Sent:* Monday, March 22, 2021 3:47 PM
*To:* x
*Subject:* [EXT] DMARC

*UK:* Please have a look at the FROM emailaddress. Do you trust the sender and does the content of the email relate to the from emailaddress. If you are a TDC employee and you find this email suspicious, then please click the PhishAlarm-button in the top right corner of Outlook.
*DK:* Kig venligst på afsender emailadressen. Har du tillid til afsender emailadressen og stemmer indhold og afsender overens. Virker emailen mistænkelig og er du TDC ansat, så klik på PhishAlarm-knappen i det øverste højre hjørne af Outlook.

Dear x,

When doing a DMARC check on your main email domain I see that you are using Dmarcian's solution to protect your email domain(s).

Due to the current situation within DMARCIAN we have received many requests for our DMARC Analyzer from many of their users in the Nordics region. They are mainly concerned about the recent developments within the European branch of the company and the related licensing issues. The reason why I am contacting you is to see if TDC Group is making similar considerations.

At Mimecast you can use a similar tool, DMARC Analyzer, which like DMARCIAN is self-service oriented, and on top of that you have the assurance that your data stays within Europe.

I would be happy to discuss the possibilities in more detail in a personal meeting. Please let me know if you are interested.

Thank you in advance.

Kind regards,
x

--