# Pamela Duffy

**Subject:** FW: FW: Follow-up GDPR breach: activate your account on our safe new platform

-------- Forwarded Message --------
**Subject:** FW: Follow-up GDPR breach: activate your account on our safe new platform
**Date:** Mon, 22 Mar 2021 11:51:11 +0100
**From:** Ton Fernandes <ton@dmarcian.com>
**To:** Shannon Draegen <shannon@dmarcian.com>
**CC:** Ben van der Laan <ben.vdl@dmarcian.com>

Hi Shannon,

This is the email they are now sending to customers / partners.

1. New platform
2. New functionality

Cheers,

Ton Fernandes | Account Director | Mobile: +31 6 8131 5232 | dmarcian | www.dmarcian.com

**Van:** Pawel Wielopolski <pawi@sdc.dk>
**Verzonden:** donderdag 18 maart 2021 09:38
**Aan:** ton@dmarcian.com
**CC:** Torben Hedam Christensen <thc@sdc.dk>; Jakub Sikora <JKSX@sdc.dk>; Pawel Barankiewicz <pbax@sdc.dk>
**Onderwerp:** FW: Follow-up GDPR breach: activate your account on our safe new platform

Hi Ton,

Thank You for call. Could You please provide us more details in written how SDC and our customers will be impacted or not due to of internal issue in dmarcian? Who now will issue new invoice for us? Will You provide contact details.

Med venlig hilsen/Kind regards/Pozdrawiam

**Pawel Wielopolski**
SAM Manager & Teamlead
SDC Infrastructure Services

Mail: pawi@sdc.dk
Room: 10, floor 8, Warsaw Office


EXHIBIT G-1

1

Case 1:21-cv-00067-MR   Document 8-13   Filed 03/25/21   Page 1 of 4

Page 1 of 4

Cell phone: +48 505510360 or +45 30 60 13 01



SDC A/S - CVR 16988138
Borupvang 1A, DK-2750 Ballerup
Phone: +45 4465 7111
Mail: sdc@sdc.dk
Web: www.sdc.dk

**Fra:** Security Officer dmarcian Europe B.V. <securityofficer@dmarcian-europe.com>
**Sendt:** 12. marts 2021 13:52
**Til:** Security Officer <securityofficer@dmarcadvisor.com>
**Emne:** Follow-up GDPR breach: activate your account on our safe new platform

Dear customer of dmarcian Europe BV,

Recently we had to inform many of our users and the Dutch Data Protection Authority of a data breach caused by dmarcian, Inc. As a result of the breach we have launched a new and dedicated European instance with the dmarcian application which is securely under our control. Although we do not yet have control of all historic data, the impact of the data breach is now more and more limited.

**Dmarcian Europe BV is launching a safe new platform**

We are confident that having full and exclusive control over our new dedicated European platform will benefit our users in more ways than just security. We expect to develop and offer you feature upgrades on this new platform, which have been long due. Our first priority now is, therefore, to migrate our customers with subscribed and trial accounts to our new platform.

Once you are migrated you may benefit from the launch of a new feature that will reduce your time to get to p=reject with at least 20%. Also, several UI improvements will be implemented. These features can now be realized and will not be available on the old platform.

Moving to the safe new platform does however require a limited number of specific adjustments from our users. We will do our utmost to limit this inconvenience for you and are available to assist at your request.

**How to login**

Your account has already been set up on the new platform including all users and domains. Please make sure all users actually activate their account on the new platform by following the 4 steps below and it will be fully available to all of your users:
1. Go to https://eu.dmarcadvisor.com/accounts/password/reset/
2. Type your email address
3. Click on "Reset password"
4. A password reset link will be sent to your email address

After that make sure to login via https://eu.dmarcadvisor.com/login. Please update your bookmarks.

**Updating your DMARC records**

Here's an example to illustrate the required change to send data into the new platform. Your current DMARC record will probably look something like this:

Case 1:21-cv-00067-MR   Document 8-13   Filed 03/25/21   Page 2 of 4
Page 2 of 4

```
NAME    dmarc.domain.com
TYPE:   TXT
CONTENT: v=DMARC1; p=none; rua=mailto:<your-unique-account-token>@ag.dmarcian-eu.com;
ruf=mailto:<your-unique-account-token>@fr.dmarcian-eu.com;
```

or

```
NAME    dmarc.domain.com
TYPE:   TXT
CONTENT: v=DMARC1; p=none; rua=mailto:<your-unique-account-token>@ag.dmarcian.eu;
ruf=mailto:<your-unique-account-token>@fr.dmarcian.eu;
```

The part in front of the '@' (your unique account token, for example *2o4fmqie*) will remain the same, only the domains used in the reporting address will change. The required update to your DMARC record will be as follows:

```
NAME    dmarc.domain.com
TYPE:   TXT
CONTENT: v=DMARC1; p=none; rua=mailto:<your-unique-account-token>@ag.eu.dmarcadvisor.com;
ruf=mailto:<your-unique-account-token>@fr.eu.dmarcadvisor.com;
```

If you do not wish to receive forensic reports, you can leave out the "ruf=" parameter from the record. In that case, the new DMARC record will be as follows:

```
NAME    dmarc.domain.com
TYPE:   TXT
CONTENT: v=DMARC1; p=none; rua=mailto:<your-unique-account-token>@ag.eu.dmarcadvisor.com;
```

If you receive DMARC reports in your own mailbox and use an automatic forward rule to send the data to our platform, please update that rule so data will be sent to the new reporting address.

**Legal situation**

We took serious issue with the fact that dmarcian, Inc. (US-based company) (ab)used its role as our partner and deliberately blocked the access of dmarcian Europe BV (Netherlands-based company) to our customer accounts. The Rotterdam Court acknowledged that dmarcian, Inc. did this to force us to unjustified concessions in a legal conflict. Both dmarcian, Inc. and its former CEO and founder Tim Draegen were ordered to restore access to all our customer data and to continue the cooperation with and services to our company as before. Please refer to the website of the Dutch judicial authorities featuring the ruling by the Rotterdam court of February 1, 2021 (https://uitspraken.rechtspraak.nl/inziendocument?id=ECLI:NL:RBROT:2021:939). An informal translation is attached for your convenience.

However, dmarcian, Inc. and Tim Draegen refused to abide by the Rotterdam Court decision, but also failed to appeal the decision. Dmarcian, Inc. has rather been sending messages to many of you without any reference to the Court order.

As a result and due to our responsibility towards our customers to safeguard your data, and following our contractual obligations, we are happy to confirm the following solution. dmarcian Europe BV has set up a safe new platform with a secure instance for handling your data. User data will be securely protected under the GDPR, hosted in the EU, and cannot be accessed by anyone outside the European territory.

dmarcian Europe BV has already moved a substantial part of its customer data and business to the safe domain dmarcadvisor.com which is securely out of reach of third parties, including dmarcian, Inc.

It is important for you to know that more than 50% of the dmarcian application (the use of which was always shared between the cooperating parties) was in fact developed by our development teams in Dordrecht

(Netherlands) and Varna (Bulgaria). In addition, more than 80% of development capacity since 2018 as well as future development capacity of dmarcian software is managed out of dmarcian Europe.

Dmarcian, Inc. is spreading misleading information about the relation between dmarcian, Inc. and dmarcian Europe BV regarding licensing and software ownership. If you receive such information, we are grateful if you would share such information with us via securityofficer@dmarcadvisor.com.

In case you would like to read more about the mentioned dispute regarding licensing and software ownership, please read the Enterprise Court ruling of September 2020:
https://uitspraken.rechtspraak.nl/inziendocument?id=ECLI:NL:GHAMS:2020:2536.

**Of course we offer you assistance**

We apologize for the inconvenience caused as a result of the actions mentioned above. We are committed to taking our user's data security seriously and, consequently, we see no other way of guaranteeing your data privacy and business continuity for the future.

In case any of the above is unclear, or if you would like (free) assistance from one of our DMARC experts, please do not hesitate to contact us at support@dmarcadvisor.com. For inquiries about the data breach, you can reach out to our security officer at securityofficer@dmarcadvisor.com. We will help you in any way we can to make the transition as smooth as possible.

We hope to welcome you soon on our safe new platform!

Kind regards,
The board of dmarcian Europe BV
--