IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BREVARD DIVISION
Case No. 1:21-CV-00067

| | |
|---|---|
| DMARCIAN, INC., | |
| *Plaintiff*, | |
| v. | **DEFENDANT'S MOTION TO DISMISS** |
| DMARCIAN EUROPE BV, | |
| *Defendant*. | |

Defendant dmarcian Europe BV ("dBV"), by and through its undersigned counsel, and pursuant to Rules 12(b)(2) & (3) of the Federal Rules of Civil Procedure, moves to dismiss the First Amended Complaint herein for (a) lack of personal jurisdiction and (b) *forum non conveniens*.

In connection with this Motion, dBV refers to the Declarations of (a) Hub J. Harmeling, (b) Alfred Meijboom, and (c) Martijn Groeneweg, all sworn to on April 19, 2021, and contemporaneously filed in connection with dBV's Opposition to Plaintiff's Motion for Preliminary Injunction. The grounds for this Motion are more fully stated in the Memorandum in Support of the Motion to Dismiss which is filed contemporaneously herewith and which is incorporated by this reference.

This the 19th day of April, 2021.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Pressly M. Millen
Pressly M. Millen, NC State Bar No. 16178
Samuel B. Hartzell, NC State Bar No. 49256
Post Office Box 831
Raleigh, North Carolina 27602
Phone: (919) 755-2135
Fax: (919) 755-6067
Email*:* Press.Millen@wbd-us.com
　　　　　Sam.Hartzell@wbd-us.com

*Counsel for Defendant dmarcian Europe BV*