IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BREVARD DIVISION
Case No. 1:21-CV-00067

DMARCIAN, INC.,

    *Plaintiff*,

v.

DMARCIAN EUROPE BV,

    *Defendant*.

## DEFENDANT'S NOTICE OF FILING

Defendant dmarcian Europe BV hereby gives notice of filing of the following declarations:

Exhibit 1 – Declaration of Hub J. Harmeling, sworn to April 19, 2021;

Exhibit 2 – Declaration of Alfred Meijboom, sworn to April 19, 2021; and

Exhibit 3 – Declaration of Martijn Groeneweg, sworn to April 19, 2021.

This the 19th day of April, 2021.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Pressly M. Millen
Pressly M. Millen, NC State Bar No. 16178
Samuel B. Hartzell, NC State Bar No. 49256
Post Office Box 831
Raleigh, North Carolina 27602
Phone: (919) 755-2135
Fax: (919) 755-6067
Email: Press.Millen@wbd-us.com
       Sam.Hartzell@wbd-us.com

*Counsel for Defendant dmarcian Europe BV*