# Attachment 11

Exhibit B to Declaration of Martijn Groeneweg

**Van:** **Martijn Groeneweg** martijn@dmarcian.com  
**Onderwerp:** Re: PIIA and MNDA between dmarcian-inc and y'all  
**Datum:** 7 december 2016 om 22:45  
**Aan:** Tim Draegen tim@dmarcian.com  
**Kopie:** Alwin de Bruin alwin@dmarcian.com, Eline van der Vorm eline@dmarcian.com



Hi Tim,

I think it's good to go through some formalization of agreements. I'll go through the documents, also in relation to the contracts that are already in place between Alwin, Eline and me with Mailmerk.

Regards,
Martijn

> Op 7 dec. 2016, om 22:12 heeft Tim Draegen <tim@dmarcian.com> het volgende geschreven:
>
> Hi people in the Netherlands,
>
> To square away dmarcian, inc. employee/contractor documentation, I need the PIIA forms from everyone, and the just the MNDA between dmarcian, inc. and Mailmerck to be signed.
>
> dmarcian, inc's counsel is going through exercise to make sure the corporation can be defended if need be (can't have a competitor do discovery on us and learn that we don't have basic docs in place!). This is a step of larger effort to bring everyone "in house".
>
> I'm emailing all of you as any issues are likely related to being in NL, so why not save some time and review them together at once?
>
> =- Tim
>
> <Form of Proprietary Information and Inventions Agreement.docx><Non-Disclosure Agreement - Mutual form.docx>