# Attachment 16

Exhibit G to Declaration of Martijn Groeneweg

