# Attachment 18

Exhibit I to Declaration of Martijn Groeneweg

| | Van: | **Tim Draegen** tim@dmarcian.com |  |
|---|---|---|---|
| | Onderwerp: | Re: Input meeting December 12, 2019 | |
| | Datum: | 4 december 2019 om 16:10 | |
| | Aan: | Martijn Groeneweg martijn@dmarcian.com, Ed Carroll ed@dmarcian.com | |
| | Kopie: | Herwert Kalkman herwert@dmarcian.com | |

Martijn, thanks for the input. I agree we'll need a licensing agreement to be put into place. Without going into details over email, it makes sense to reflect the perpetual and exclusive license that Europe BV has enjoyed.

For the meeting on the 12th, let's focus on the question of intellectual property. The question of different markets needing different approaches is something I agree with, but we'll need to talk quite a bit more regarding what this means.

The proposed solution on page 5 isn't something I can support as it would cement the worst parts of the existing unwanted structure. Instead of embracing the handicap that Swenberg's lawsuit has forced us to endure, I'd like us to continue to be vigilant and patient so we can arrive at the far more efficient structure that we've always imagined.

> On 12/3/19 8:25 PM, Martijn Groeneweg wrote:
>
> Hi Tim and Ed,
>
> Attached a pdf with input for the meeting Tim (on behalf of dmarcian, Inc.) and myself (on behalf on dmarcian Europe BV) will have December 12, 2019 at the Dordrecht office.
>
> The document describes the current situation that software owned by dmarcian Europe BV can't be sold by dmarcian, Inc. nor Dmarcian Asia Pacific Pty Ltd to customers as there's no license agreement in place to do so. Before this problem is solved new software including but not limited to DMARC delegation can't go live on other instances than the EU instance. This document describes a detailed solution for the above problem as well.
>
> Regards,
> Martijn Groeneweg
> dmarcian Europe BV
> Mobile +31651284506