# Attachment 19

Exhibit J to Declaration of Martijn Groeneweg

**Company: 3 - dmarcian Europe BV**
**Date: 12 April 2021 by Martijn Groeneweg**

# Sales analysis

|  | Group by | Country |  | Customer |  |  | Sales person |  |
|---|---|---|---|---|---|---|---|---|
|  | Item group |  |  | Item |  |  | Cost centre |  |
|  | Cost unit |  |  | Invoice date | 01-01-2020 - 31-12-2020 |  | Country |  |
| Include total discount |  | ☐ |  | Invoice status | Open, Processed |  |  |  |

**Account classifications**

|  | Resellers |  |

| Country code | Country description | Details | Sales amount |
|---|---|---|---:|
| NL | The Netherlands | 🔍 | 807.750,16 |
| GB | United Kingdom | 🔍 | 379.083,02 |
| DK | Denmark | 🔍 | 303.240,05 |
| DE | Germany | 🔍 | 243.890,45 |
| BE | Belgium | 🔍 | 168.308,94 |
| CH | Switzerland | 🔍 | 133.812,32 |
| FR | France | 🔍 | 123.123,90 |
| SE | Sweden | 🔍 | 107.415,12 |
| FI | Finland | 🔍 | 101.035,42 |
| NO | Norway | 🔍 | 98.708,43 |
| IT | Italy | 🔍 | 48.709,63 |
| AT | Austria | 🔍 | 24.228,00 |
| CZ | Czech Republic | 🔍 | 15.076,80 |
| CA | Canada | 🔍 | 13.712,04 |
| ES | Spain | 🔍 | 12.955,14 |
| HR | Croatia | 🔍 | 12.793,80 |
| TR | Turkey | 🔍 | 11.976,00 |
| IS | Iceland | 🔍 | 8.832,00 |
| PL | Poland | 🔍 | 8.490,66 |
| ZA | South Africa | 🔍 | 6.216,00 |
| CY | Cyprus | 🔍 | 6.170,40 |
| EE | Estonia | 🔍 | 5.988,00 |
| GR | Greece | 🔍 | 5.004,12 |
| IE | Ireland | 🔍 | 5.004,00 |
| AE | United Arab Emirates | 🔍 | 4.790,40 |
| JP | Japan | 🔍 | 4.491,00 |
| LI | Liechtenstein | 🔍 | 2.388,00 |
| HU | Hungary | 🔍 | 2.388,00 |
| FO | Faroe Islands | 🔍 | 1.775,90 |
| LU | Luxembourg | 🔍 | 1.460,00 |
| NG | Nigeria | 🔍 | 766,08 |
| LV | Latvia | 🔍 | 456,00 |
| GE | Georgia | 🔍 | 360,00 |
| SK | Slovakia | 🔍 | 228,00 |
| PT | Portugal | 🔍 | 228,00 |
| MT | Malta | 🔍 | 182,40 |
| BF | Burkina Faso | 🔍 | 182,40 |
| GH | Ghana | 🔍 | 0,00 |
| US | United States of America | 🔍 | 0,00 |
| **Total** | | | **2.671.220,58** |

Case 1:21-cv-00067-MR    Document 26-19    Filed 04/19/21    Page 2 of 3

**Company: 3 - dmarcian Europe BV**
Date: 12 April 2021 by Martijn Groeneweg

# Sales analysis

|                     |                         |                         |                           |
|---------------------|-------------------------|-------------------------|---------------------------|
| Group by            | Country                 | Customer                | Sales person              |
| Item group          |                         | Item                    | Cost centre               |
| Cost unit           |                         | Invoice date 01-01-2021 - 31-12-2021 | Country        |
| Include total discount | ☐                    | Invoice status Open, Processed |                    |

**Account classifications**
Resellers

| Country code | Country description | Details | Sales amount |
|---|---|---|---:|
| NL | The Netherlands | 🔍 | 254.695,20 |
| FR | France | 🔍 | 175.079,64 |
| GB | United Kingdom | 🔍 | 142.241,15 |
| BE | Belgium | 🔍 | 123.579,01 |
| DE | Germany | 🔍 | 117.496,89 |
| DK | Denmark | 🔍 | 74.010,35 |
| NO | Norway | 🔍 | 47.580,23 |
| SE | Sweden | 🔍 | 39.644,37 |
| AT | Austria | 🔍 | 18.228,00 |
| IT | Italy | 🔍 | 17.443,04 |
| HR | Croatia | 🔍 | 8.000,00 |
| IS | Iceland | 🔍 | 5.988,00 |
| FI | Finland | 🔍 | 4.718,38 |
| ES | Spain | 🔍 | 3.163,20 |
| CH | Switzerland | 🔍 | 2.448,72 |
| GR | Greece | 🔍 | 2.113,32 |
| HK | Hong Kong | 🔍 | 1.999,99 |
| CZ | Czech Republic | 🔍 | 1.910,40 |
| IE | Ireland | 🔍 | 456,00 |
| PL | Poland | 🔍 | 228,00 |
| AE | United Arab Emirates | 🔍 | 0,00 |
| GH | Ghana | 🔍 | 0,00 |
| ZA | South Africa | 🔍 | 0,00 |
| **Total** | | | **1.041.023,89** |