IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC.,<br><br>    Plaintiff,<br><br> vs.<br><br>DMARC ADVISOR BV,<br>f/k/a dmarcian Europe BV,<br><br>    Defendant. | <u>O R D E R</u> |

  **THIS MATTER** is before the Court on the Plaintiff's Consent Motion to Update Caption. [Doc. 195].

  For the reasons stated in the Plaintiff's Consent Motion,

  **IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion [Doc. 195] is **GRANTED**, and the caption of this case is hereby amended to reflect the current name of the Defendant.

  The Clerk of Court is respectfully directed to update the docket of this case to reflect the caption as stated above.

  **IT IS SO ORDERED.**

Signed: May 11, 2023

*[Signature]*
Martin Reidinger
Chief United States District Judge