IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., | |
| *Plaintiff*, | |
| v. | **DEFENDANT'S MOTION TO COMPEL** |
| DMARC ADVISOR BV, f/k/a dmarcian Europe BV, | |
| *Defendant*. | |

Defendant DMARC Advisor BV moves under Federal Rule of Civil Procedure 37(a) for an order compelling Plaintiff dmarcian, Inc. to make a complete document production and to provide non-evasive interrogatory responses. DMARC Advisor also requests its attorneys' fees and costs in bringing this Motion.

This Motion is supported by the Fifth Declaration of Samuel B. Hartzell and the accompanying Memorandum.

DMARC Advisor certifies under LCvR 7.1(b) and Federal Rule of Civil Procedure 37(a)(1) that the parties have conferred and attempted in good faith to resolve their areas of disagreement.

Dated: July 24, 2023        Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Samuel B. Hartzell
Pressly M. Millen, NC State Bar No. 16178
Samuel B. Hartzell, NC State Bar No. 49256
Post Office Box 831
Raleigh, North Carolina 27602
Phone: (919) 755-2135
Fax: (919) 755-6067
Email: Press.Millen@wbd-us.com
          Sam.Hartzell@wbd-us.com

*Counsel for Defendant DMARC Advisor BV*