IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00067-MR

| DMARCIAN, INC., | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| DMARC ADVISOR BV, f/k/a dmarcian Europe BV, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Defendant's Motion to Compel [Doc. 225].

By the present motion, the Defendant moves the Court for an order compelling the Plaintiff to make a complete document production in response to the Defendant's Third Set of Requests for Production and to provide non-evasive interrogatory responses to its First Set of Interrogatories. [Doc. 225]. In its Response, filed August 8, 2023, the Plaintiff asserts that it expected to complete its production of documents to the Defendant by August 30, 2023 and that it would provide further supplementation to its interrogatory responses by August 25, 2023. [Doc. 236 at 5, 9].

In light of the Plaintiff's representations, the Court will require supplemental briefs from the parties regarding the status of the parties' discovery dispute. Such supplemental briefs shall not exceed five (5) pages.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file supplemental briefs regarding the status of the parties' discovery dispute underlying the Defendant's Motion to Compel. Such supplemental briefs shall not exceed five (5) pages.

**IT IS SO ORDERED.**

Signed: September 19, 2023

Martin Reidinger
Chief United States District Judge