IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO.: 1:21-CV-00067

| | |
|---|---|
| DMARCIAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> DMARC ADVISOR BV, <br> f/k/a dmarcian Europe BV, <br><br> Defendant. | **PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF THIRD MOTION TO SHOW CAUSE** |

NOW COMES the Plaintiff, by and through its undersigned counsel, and with Defendant's consent, hereby requests to extend time to submit a reply brief in response to Defendant's Response to Plaintiff's Third Motion for Order to Show Cause. (Doc. 262). Plaintiff's submission is due October 5, 2023. Plaintiff seeks a seven-day extension through October 12, 2023. Defendant consents to this extension.

WHEREFORE, the Plaintiff prays the Court for an extension of its submission deadline for a reply brief relating to Defendant's Response to Plaintiff's Third Motion for Order to Show Cause.

This the 4th day of October, 2023.

    */s/ Pamela S. Duffy*
    Pamela S. Duffy, N.C.S.B. No. 18329
    pamela.duffy@elliswinters.com
    Tyler C. Jameson, N.C.S.B. No. 59348
    ty.jameson@elliswinters.com
    Ellis & Winters LLP
    PO Box 2752
    Greensboro, NC 27402
    Telephone: (336) 217-4193
    *Attorneys for Plaintiff*

    OF COUNSEL:
    */s/ David Dorey*
    David Dorey, DE #5283
    Blank Rome, LLP
    David.dorey@BlankRome.com
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Telephone: (302) 425-6418
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Reply** was served upon counsel for all other parties to this action listed below by efiling a copy of the same utilizing the Western District of North Carolina's efiling system:

Mr. Pressly M. Millen
press.millen@wbd-us.com
Mr. Samuel B. Hartzell
Sam.hartzell@wbd-us.com
Womble Bond Dickinson (US) LLP
P O Box 831
Raleigh, NC 27602
*Attorneys for DMARC ADVISOR BV,*
*f/k/a dmarcian Europe BV*

This the 4th day of October, 2023.

/s/ Pamela S. Duffy
Pamela S. Duffy, N.C.S.B. No. 18329
*pamela.duffy@elliswinters.com*
Tyler C. Jameson, N.C.S.B. No. 59348
ty.jameson@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorneys for Plaintiff*