UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF NORTH CAROLINA,

ASHEVILLE DIVISION

| | |
|---|---|
| **DMARCIAN, INC.** | |
| *Plaintiff,* | **CASE NO: 1:21-CV-00067** |
| **v.** | |
| **DMARC ADVISOR BV** | |
| *Defendant.* | |

**EXPERT REPORT OF MAHDI ESLAMIMEHR, PhD**

<span style="color:red">**EXHIBIT 1**</span>

# Table of Contents

I. Qualifications                                                                                                  3

II. My Tasks                                                                                                       4

III. Materials Considered                                                                                          5

IV. Summary of Opinions                                                                                            5

V. What is DMARC?                                                                                                  6

VI. Comparison of February 9, 2012 and June 18, 2012 Code                                                          7

VII. Code Evaluation of Developer Contributions                                                                   13

    A. Overview of Contributions                                                             13

    1. Alerting (core/project/core/alerting)                                                  14

    2. Core                                                                                  16

    3. core-pip                                                                              18

    4. customer-dns-monitor line added                                                       19

    5. dg-api-gateway line added                                                            20

    6. dg-dns-task-handler-google-cloud-dns                                                  21

    B. Changes over Time                                                                    21

    C. Original Code Contributions involving Choices by Author                               24

    1. delete_account_alerts.py                                                             24

    2. caches.py (recordlog/records/caches.py)                                              26

    3. generate_volume_alerts.py                                                            27

    4. 0001_initial.py                                                                      29

    5. templates.html                                                                       31

    6. Comparison of the Platform as it Existed in 2012 versus 2021.                         32

VIII. Rob Wise Fails to Address the Role the DMARC Standard Plays in a DMARC Platform                              32

IX. Dr. Levine's Theories are mistaken                                                                            35

X. Conclusion                                                                                                     39

XI. Affirmation                                                                                                   39

Privileged and Confidential                                                                                Page | 2

1.      I, Mahdi Eslamimehr, Ph.D., have been retained as an expert consultant by Womble Bond Dickinson (US) LLP for DMARC Advisor BV in the above-mentioned civil action. Accordingly, I may be asked to perform additional tasks in the future, including, but not limited to, providing expert testimony concerning the parties' claims and defenses in this matter.

## I.   QUALIFICATIONS

2.      I have a Master of Science in Computer Science from Linköping University, Sweden and a Doctor of Philosophy in Computer Science from UCLA.  I have received an MBA certificate from the London School of Economics and Political Science and Management, Leadership, and Strategy Execution certificates from Harvard Business School.  I have lectured at Cal State Polytechnic as an adjunct faculty, and as a UCLA postdoctoral scholar, I conducted research into software analysis, testing and formal verification of software solutions and applications.  In addition, I have given numerous presentations concerning Software Analysis and won Best Paper from IEEE International Symposium on Software Reliability Engineering (ISSRE) software conference sponsored and hosted by the National Institute of Standards and Technology, (NIST).[1] My Curriculum Vitae is attached as **Exhibit A**.

3.      I have worked as a software engineer for more than 17 years. My experience includes design, development, analysis, testing, and performance analysis for a wide range of companies and international organizations. I have an extensive background in Python, HTML, XML and the .Net framework and Windows compatible applications. I have migrated legacy databases to SQL on behalf of the United Nations World Food Program. I have developed testing tools for Ericsson AB telecommunication and network management platforms, Components Configuration Language for Samsung Electronics R&D, and an analysis tool for Verimag's

---

[1] Best Paper at IEEE International Symposium on Software Reliability Engineering (ISSRE): M. Eslamimehr and M. Lesani, "AtomChase: Directed search towards atomicity violations," *2015 IEEE 26th International Symposium on Software Reliability Engineering (ISSRE)*, 2015, pp. 12-23, doi: 10.1109/ISSRE.2015.7381795.

Network on Chip (NoC). As a CTO and COO for Clarity Global, I have designed and developed operation and business support systems (OSS/BSS) for top tier careers, fixed and mobile operators' networks.

4.      My areas of expertise include source code analysis, computer network protocols, and web applications.

5.      My rate for this engagement is $625 per hour plus reimbursement for any direct expenses. This compensation is tied to the time I have devoted to activities related to this matter. It is not impacted in any way by the opinions I present or the arbitration outcome. I have been assisted by Ray Chiang and Cassie Oates, whose work was performed at my direction at all times. Their CVs are attached as **Exhibits B and C**, respectively.

**II.      MY TASKS**

6.      In my initial work, I investigated the code for a DMARC reporting platform (the "Platform") that I understand Plaintiff and Defendant used to jointly distribute.

7.      I was asked to consider the following questions:

- Is it possible to determine by analyzing the June 18, 2012 archive of the Platform code (including associated Git history) what the Platform code comprised on February 9, 2012?

- What changes were made to the Platform code between June 18, 2012, and January 11, 2021? In evaluating any such changes, I have been asked to consider (a) who made them, (b) when they were made, and (c) whether the changed code was "original to the author" in the sense that it "was independently created by the author (as opposed to copied from other works), and that it possesses at least some minimal degree of creativity."

8.     I was also asked to review Plaintiff's Initial Expert Report in this action dated October 31, 2022; the document entitled "Version 1.1 Rob Wise Oct 12 2022" and marked DM000082–153; the Supplemental Report of John Levine in this action dated August 8, 2023; and the Addendum to Report of John R Levine dated August 17, 2023, and to provide my own opinions regarding the assertions made in those documents (collectively, the "Levine Documents").

### III.   MATERIALS CONSIDERED

9.     A list of facts or data I considered in forming my opinions is attached as **Exhibit D**. I also conducted interviews with Martijn Groeneweg on August 14, 2023 and August 17, 2023.

10.    For the code comparison, I considered the Platform code and associated Git history as committed on June 18, 2012, and January 11, 2021.

### IV.   SUMMARY OF OPINIONS

11.    It is not possible to determine, based on the June 18, 2012 commit of the Platform code what the Platform code comprised on February 9, 2012.

12.    Significant changes were made to the Platform code between June 18, 2012 and January 11, 2021.  The Git source code history shows that these changes included significant additions between 2017 and 2021 by programmers that I understand are associated with DMARC Advisor BV, BeLean EOOD, and dmarcian Bulgaria EOOD (collectively, the "European Programmers").[2]  Many of these changes were original to the author and demonstrate creativity in the sense that the author made choices about code structure and design.

---

[2] Specifically, I understand the European Programmers include Dennis Seller, Ger Kuzmova, Herwert Kalkman, Ivan Anastasov, Mihail Milev, Nikolai Mitev, Nikolay Hristov, Svetlin Boychev, Theodora Pavlova, and Victor Minev.

13.     The Levine Documents fail to acknowledge the contributions by the European Programmers, the many additions to the Platform code after 2012, or the role of the DMARC standard.     And Dr. Levine's discussion of microservices and refactoring do not withstand scrutiny.

**V.     WHAT IS DMARC?**

14.     DMARC (Domain-based Message Authentication, Reporting, and Conformance) is a protocol for email authentication which is designed to provide email domain owners with the ability to protect their domains from unauthorized use known as email spoofing.[3] Using existing mechanisms SPF (Sender Policy Framework) and DKIM (DomainKeys Identified Mail), DMARC allows the email domain owner to specify how receiving mail servers should handle emails that do not pass SPF or DKIM checks.[4] Each  domain owner publishes DMARC policies in DNS records which dictate actions for handling these emails, such as reporting them, sending them to the spam folder, or rejecting them outright.

15.     For example, if company "Example Corp" owns the domain "example.com" and sends legitimate emails from this domain, Example Corp will set up  DMARC policies to protect their recipients from potential phishing attacks using spoofed "@example.com" addresses, Example Corp sets up SPF and DKIM for their domain and then publishes a DMARC policy in the Domain Name System (DNS).[5] This policy instructs receiving mail servers that, if an email claiming to be from "@example.com" fails the SPF or DKIM checks, it should not be delivered to the recipient's inbox. As a result, a phishing attempt that tries to spoof "@example.com"

---

[3] https://en.wikipedia.org/wiki/DMARC
[4] SPF TXT record identifies valid message sources from authorized senders in the domain: https://learn.microsoft.com/en-us/microsoft-365/security/office-365-security/email-authentication-anti-spoofing?view=o365-worldwide. DKIM uses cryptographic techniques to validate the presence of an authorized domain name identifier on a message.  https://www.dkim.org/
[5] https://en.wikipedia.org/wiki/Domain_Name_System

without the correct SPF or DKIM setup will get caught by the DMARC policy, protecting unsuspecting recipients from potential harm.

16. In a nontechnical context, imagine your mailbox as your email inbox. DMARC is like a mail inspector who checks each letter (email) you receive. You have told your friends and bills (legitimate senders) to seal their envelopes using a special seal (SPF and DKIM). When the mail inspector (DMARC) sees a letter without this seal or with a poorly copied one, he refers to a set of instructions you've left him (DMARC policy). These instructions might say: "If the seal doesn't look right, don't put it in my mailbox. Instead, leave a note about it (report) or throw it away (reject)." So, when someone with ill intent (phisher) tries to send you a fake bill or a deceptive letter pretending to be from a friend, the mail inspector ensures it doesn't reach your mailbox, keeping your personal information and peace of mind secure.

17. There are a multitude of open-source DMARC platforms available to the public at no cost. For instance, a quick search on GitHub[6], which stands as the world's largest hosting community for open-source projects, reveals over 500 distinct DMARC-related source code repositories.[7] These repositories provide a wide range of tools, utilities, and frameworks that cater to various needs, reflecting the extensive support and development momentum within the community for DMARC solutions. The DMARC reporting platform at issue here is one of many DMARC offerings in the marketplace.

**VI.    COMPARISON OF FEBRUARY 9, 2012 AND JUNE 18, 2012 CODE**

18. For my first task I was asked what determination an expert could make about the Platform code as of February 9, 2012.

---

[6] https://en.wikipedia.org/wiki/GitHub
[7] https://github.com/search?q=dmarc&type=repositories

19.     I understand that the earliest available archive of the Platform code is from June 18, 2012.  I reviewed the June 18, 2012 codebase and engineers' contributions, which did not include any information showing what changes were made prior to June 18, 2012.

20.     The June 18, 2012 code was produced within a Git repository. A Git repository is a digital directory or storage space where you can save versions of your project files, facilitating version control and collaboration.[8] A Git commit saves a snapshot of changes to the project's history in the repository. Given that the earliest Git commit was from June 18, 2012, I had to find other avenues of investigation to follow.  To that end, I consulted archive.org for the URL http://www.dmarcian.com/, where I understand the early version of the Platform was available in 2012.

21.     The earliest version of dmarcian.com which exists on archive.org is March 9, 2012.[9] A screenshot is below:



---

[8] https://git-scm.com/book/en/v2/Getting-Started-What-is-Git%3F
[9] https://web.archive.org/web/20120309225939/http://www.dmarcian.com/

Privileged and Confidential                                                          Page | 8



22.     Between March 9, 2012 and June 18, 2012, there are eight captures of the dmarcian.com page.[10] These captures are simply the dates and times that archive.org captured and saved the dmarcian.com website for the historical record.  The first indication of a change to the code after March is on April 24, 2012.[11] As you can see below, the header now indicates that Hostnames are now included:



[10] https://web.archive.org/web/20120501000000*/http://www.dmarcian.com/: Captures are indicated on March 9, April 14, April 24 (two captures), May 4, May 5, and June 18.

[11] https://web.archive.org/web/20120424112428/http://www.dmarcian.com/

23.     On May 2, 2012, another change is captured at archive.org:[12]



24.     Finally, the June 18, 2012 capture of from archive.org indicates that IPv6 is now functional on the website, as shown below.[13]



25.     Above are the four screenshots of archive.org captures of the dmarcian.com website in early 2012.  Three of the four have banners which indicate that something has been altered about the Platform – that is, about the way the Platform code functions.  Assuming these banners are accurate and the Platform was changed between February 9, 2012, and June 18,

---

[12] https://web.archive.org/web/20120502214744/http://www.dmarcian.com/
[13] https://web.archive.org/web/20120618164530/http://www.dmarcian.com/

2012, then these changes would be reflected in the Platform code. However, without the February 9, 2012 code itself or other documentation showing the specific changes to the code between February 9, 2012, and June 18, 2012, it is not possible to tell exactly how the Platform code changed between those dates. It is not possible to tell what changes were made to the code to accomplish the Platform changes noted above in the banners or any other changes.

26.     For similar reasons, it is not possible to tell whether the "June snapshot is substantially similar to the code originally completed in February 2012."[14] The June 18, 2012 code simply includes no information about changes made prior to that date.

27.     The June 18, 2012 code does, however, include the following files found at the following paths:

- /project/templates/dmarc_xml/detail_preview.html.old

- /project/templates/dmarc_xml/detail.html.back.

28.     The addition of the text ".old" and ".back" at the end of these files suggests that these files are either earlier versions of the underlying files or backups; that is, detail_preview.html.old is a prior version of detail_preview.html and detail.html.back is an backup version of detail.html. It is common practice among programmers to add descriptive text such as ".old" and ".back" to identify versions of a given file.

29.     As their names and file extensions suggest, the detail_preview.html, detail_preview.html.old, detail.html, and detail.html.back all are HTML files. Copies of all four files are attached as **Exhibit E**.

30.     To see whether differences exist between them, I compared detail_preview.html with detail_preview.html.old and detail.html with detail.html.back. These comparisons reveal significant changes in HTML code. Between detail_preview.html.old and detail_preview.html, I

---

[14] Supplemental Report of John Levine ¶ 55.

counted 333 insertions and 31 deletions. Between detail.html.back and detail.html, I counted
304 insertions and 222 deletions. One excerpt from the comparison of detail_preview.html.old to
detail_preview.html is below. The full comparisons are attached as **Exhibit F**. However it should
be noted that the html code in the .old and .back files does not provide the dates of the insertions
and deletions.



31.     My review of June 18, 2012 code and archive.org snapshots shows that, in June 2012, the Platform was a free and publicly available website containing 3 pages: a page to upload DMARC XML files, a visual representation screen of the uploaded DMARC XML file and a privacy page.

32.     To perform my analysis, I analyzed Git data using gitstat.com[15] and JetBrains[16] software analysis toolkit. Looking at the core Git Repository for the Platform, I discovered that the initial commit occurred on June 18, 2012 at 7:17 pm. Below is the screenshot of that commit as it is displayed in GitStat.



## VII.    CODE EVALUATION OF DEVELOPER CONTRIBUTIONS

### A.     Overview of Contributions

33.     I was also asked to determine what, if any, contributions were made to the Platform code after June 18, 2012. Source code contributions can be assessed by performing a detailed analysis on source code lines added to or removed to a code repository. To that end, I examined the source code, Git repository, Git data and Git metadata using JetBrains and the GitStat software suite. These sophisticated tool sets allow for a range of statistics about source code as it is examined, including the number of lines added and subtracted, the number of commits made, and the authors who performed those commits.

---

[15] https://github.com/nielskrijger/gitstat
[16] https://www.jetbrains.com/

34.     In analyzing contributions to the Platform code after June 18, 2012, I looked at two different groups of data for each of the files - first the contributions made between June 18, 2012 and January 11, 2021, and then from May 1, 2017 to January 11, 2021. I understand that the European Programmers' involvement with the Platform began on or about May 1, 2017. Therefore I looked to determine how much of a contribution was made by each author over those time frames. I will include all languages in the report. I have also run the GitStat comparisons for only .html or .py as well. The full GitStat graphs are included as **Exhibit G.**

### 1.     Alerting (core/project/core/alerting)

35.     For alerting (core/project/core/alerting), the below table shows the average commits per month:

| Name | Total | Average per month |
|---|---:|---:|
| Dennis Seller | 100 | 2 |
| David Dee | 91 | 2 |
| Mihail Milev | 44 | 1 |
| Ivan Anastasov | 18 | 0 |
| Theodora Pavlova | 15 | 0 |
| Herwert Kalkman | 9 | 0 |
| Svet | 5 | 0 |
| David D | 2 | 0 |
| Robert Roskam | 2 | 0 |
| Michael Milev | 1 | 0 |

Perhaps a better visualization of the work is here:



**Alerting: All Lines Added-Deleted from 2012-2021[17]**

The above graph represents the source code each developer added minus any source code they deleted for the alerting file during the project. In this example, Tim Draegen and Rob Wise do not even show up as involved developers. The vast majority of the contributions to the alerting source code is by the European Programmers. Elsewhere I will show specific examples of source code committed by the European Programmers which shows that creative decision making was occurring during that development process.

36.     Further, an examination of the azure devops shows that the architecture of alerting was captured in the readme.md file by Dennis Seller.[18]

---

[17] Because there was no code added between 2012 and 2017 to this alerting file, the graphs are the same with different averages.

[18] https://dev.azure.com/dmarcian-europe/dmarcadvisor/_git/alerting?path=%2FREADME.md&_a=preview

This project contains the code for alerting, which is responsible for processing and dispatching of application events, and publishing of notifications to various channels.

## High level architecture



### 2.    Core

37.    Core is the main repository of source code for this project. Running the GitStat analysis for Core reveals the following commit averages. The full set of graphs is attached as **Exhibit H** and offers the statistics on not only all of Core, but also Python only and HTML only.



38.      What is interesting in this view which looks at all the code in the Core/project folder is that Ivan Anastasov and Michael Milev are 2nd and 3rd, in terms of net lines added. Further, when looking at the total number of lines added to Core by each developer, the European Programmers' contribution is quite significant.   Again - this is a broad overview intended to capture involvement in the project at the highest level, so that when I look at specific examples of code provided by the European Programmers, I understand and can explain the context of the work that has been performed. The total lines added graph is shown below. Though Tim Draegen and Rob Wise are the leaders in terms of lines added, Ivan Anastasov and Michael Milev still round out the top four.

Privileged and Confidential



### 3. core-pip

39.     Mihail Milev is the only developer who is part of the core-pip development. That development took approximately a year, and included 40 commits and 28,033 total lines.



### 4. customer-dns-monitor line added

40. Mihail Milev and David Dee were the only developers working on customer-dns-monitor line added. As you can see in the total lines added, Mihail performed the majority of additions:

| Name | Total | Average per month |
|------|------:|------------------:|
| Mihail Milev | 635,293 | 13,235 |
| David Dee | 13,444 | 280 |
| David D | 2 | 0 |
| Michael Milev | 0 | 0 |

41. A visualization of the commits by each developer for the customer-dns-monitor line is below, showing Mihail Milev as the largest contributor:



## 5. dg-api-gateway line added

42. Between December 3, 2019 and April, 2021, Herwert Kalkman, David Dee and Dennis Seller added 22,126 lines to dg-api-gateway. Herwert Kalkman's contribution represents almost 80% of the code created for this gateway.

| Name | Total | Average per month |
|------|------:|------------------:|
| Herwert Kalkman | 17,439 | 311 |
| David Dee | 4,051 | 72 |
| Dennis Seller | 636 | 11 |

43. Another representation of the lines added shows that Herwert Kalkman, one of the European Programmers, is the largest contributor.



### 6. dg-dns-task-handler-google-cloud-dns

44.     Herwert    Kalkman    again    has    the    most    contributions    for
dg-dns-task-handler-google-cloud-dns. As shown below, his total code added lines minus deleted
lines is 4,928.



### B.     Changes over Time

45.     Between 2012 and 2021, the Platform code has evolved significantly. At a high
level, a total of 2953 code files exist in the repository overall. Examining the content of the files,
260 files are completely unchanged between 2012 and 2021. A further 55 files exist in both the
2012 and 2021 versions of the software. Interestingly, for those 55 files, the lines of code are on
average, 57% different from the 2012 to the 2021 version of the software, representing

significant work and alteration. That leaves fully 2533 files added between the June 18, 2012 and January 11, 2021 versions of the Platform.

46.     Using statistics application CLOC, I performed a count of the files and code by language for each of three dates.[19] The first date, June 18, 2012, represents the first commit entered by Tim Draegen. The results of the CLOC count are below:

```
Language              files          blank        comment           code
--------------------------------------------------------------------------
CSV                       6              0              0         108712
SQL                       3             19             17         100060
XML                      11              0              0          60919
JavaScript               24           1287           1187           6495
Text                      5            334              0           4629
CSS                       8            474             68           1778
Python                   20            506            366           1548
HTML                      8            265            146            898
--------------------------------------------------------------------------
SUM:                     85           2885           1784         285039
```

47.     The second date I examined is April 30, 2017 - the day before May 1, 2017, when I am told the European Programmers' involvement with the Platform began. The code base as of April 30, 2017 looks like this:

---

[19] https://github.com/AlDanial/cloc

```
Language            files      blank    comment       code
--------------------------------------------------------------
JavaScript           141      36550      57503     248562
CSV                   23          0          0     128288
SQL                   13        496        438     102210
Python               344       9229       7737      54620
CSS                  111       2351       1426      24618
HTML                 129       2827        236      23138
XML                   12          0          0      16769
Text                  96       1553          0      12496
JSON                   6          9          0       5184
SVG                   13          2         10       3697
Go                     4        424        526       2386
SCSS                  18         79         56       2109
LESS                  15         47         49       1908
Bourne Shell           5        249        383       1015
YAML                   6         18          3        131
diff                   1         13         32         58
Qt                     1         16          0         26
INI                    1         11          0         22
Ruby                   1          2          0          8
Markdown               1          0          0          1
--------------------------------------------------------------
SUM:                 941      53876      68399     627246
```

48.    Finally, I used CLOC to index the lines of code for all languages for the January

11, 2021 version of the Platform. Those results are below.

```
Language            files      blank    comment       code
--------------------------------------------------------------
Text                  90        730          0    1007695
JavaScript           320      53616     105427     362832
CSV                   14          0          0     125330
Python               944      22967      17861     104727
SQL                    3       2392       2261     102345
CSS                   98       5338        989      48357
HTML                 228       3079        191      42977
JSON                  12          9          0      33034
SCSS                 112       1724       1264       8809
SVG                   26          5          1       3670
Go                     5        555        687       3078
Bourne Shell          12        555        616       2082
LESS                  14         34         44       1758
YAML                  50        484        279       1504
Markdown              14        288          0        746
XML                   11          1          0        490
TOML                   1          0          0         18
--------------------------------------------------------------
SUM:                1954      91777     129620    1849452
```

49.     These indices demonstrate at a high level that the Platform code underwent major changes between June 18, 2012 and April 30, 2017, and then again between April 30, 2017 and January 11, 2021.

50.     Looking further, I see that numerous features including tls_import_daemon and ag_proc were added after April 2017. Those two features are a script for importation and an argument parser for xml processing, respectively.

### C.     Original Code Contributions involving Choices by Author

51.     The following examples are specific contributions by the European Programmers after May 1, 2017. Each screenshot was pulled from the Platform code using the application IntelliJ Webstorm to track specific code additions and contributions.[20] In particular, I was looking for examples which demonstrate whether the European Programmers were adding original code which involved making choices . While DMARC as a protocol has special rules which need to be followed, each DMARC platform can achieve those rules in creative ways. This is similar to choices made by different automobile manufacturers who have to comply with seatbelt regulations but make choices to do so in differing ways. To avoid cluttering the report, additional examples of contributions by European Programmers that were original and demonstrate creativity in the sense that the programmer made choices about code structure and design are attached as **Exhibit I.**

### 1.     delete_account_alerts.py

52.     On June 23, 2020, Mihail Milev checked in 71 lines of new code for delete_account_alerts.py.[21] This commit represents a creative choice for dealing with deletion of alerts. The source code is below:

---

[20] https://www.jetbrains.com/webstorm/

[21] project/core/alerting/management/commands/delete_account_alerts.py

```python
import json
import logging

from django.core.management.base import BaseCommand

from accounts.models import Account
from alerting.models import Alert
from alerting.services import alert_service
from tools.decorators import log_exceptions


logger = logging.getLogger(__name__)


class Command(BaseCommand):
    help = "Deletes all alerts and channels configured for the provided account ids"

    def add_arguments(self, parser):
        parser.add_argument("account_ids", nargs="+", type=int)

    @log_exceptions(location="command")
    def handle(self, *args, **options):
        accounts = Account.objects.filter(id__in=options.get("account_ids"))
        logger.info(f"will process {accounts.count()} accounts")

        for account in accounts:
            logger.info(f"deleting {account} account's data")
            account_client = alert_service.get_account_client()

            # Alerting: remove subscriptions.
            deleted_count = 0
            while True:
                try:
                    response = account_client.get_subscriptions(
                        account.id, page=1, page_size=10
                    )
                except RuntimeError:
                    # This error is thrown on invalid page requested which means we're
all done.
                    break

                # Exit if there are no more subscriptions to delete.
                subscriptions_count = len(response["results"])
                if not subscriptions_count:
                    break

                for subscription in response["results"]:
                    user_client =
alert_service.get_user_client(subscription["user_id"])
                    try:
                        user_client.delete_subscription(account.id,
subscription["id"])
                    except json.decoder.JSONDecodeError:
                        # This is a known issue - move on like this until we fix it.
                        pass
                deleted_count += subscriptions_count
```

```
            logger.info(f" deleted {deleted_count} subscriptions")

            # Alerting: remove notifications.
            notifications = alert_service.get_notifications(account.id)
            notifications_count = len(notifications)
            for notification in notifications:
                if notification["user_id"]:
                    client = alert_service.get_user_client(notification["user_id"])
                else:
                    client = account_client
                client.delete_notification(account.id, notification["id"])
            logger.info(f" deleted {notifications_count} notifications")

            # Core: remove alerts.
            alerts = Alert.objects.filter(account=account)
            alerts_count = alerts.count()
            alerts.delete()
            logger.info(f" deleted {alerts_count} alerts")
```

**2.    caches.py (recordlog/records/caches.py)**

53.    On November 13, 2018, Mihail Milev added a commit of 39 new lines related to the record log.[22] The caching for recordlog can be done in different ways, therefore, this code development represents a creative choice for handling volume alerts. The source code is below.

```
from django_redis import get_redis_connection

class Cache(object):
    def __init__(self):
        self._client = get_redis_connection()


class MetricCache(Cache):
    KEY_RECORD_ALREADY_EXISTS = 'rec-exists'
    KEY_RECORD_CREATED = 'rec-created'
    KEY_RECORD_CREATED_LATEST = 'rec-created-latest'

    def record_already_exists(self):
        self._client.incr(self.KEY_RECORD_ALREADY_EXISTS)

    def record_created(self, is_latest):
        key = self.KEY_RECORD_CREATED_LATEST if is_latest else self.KEY_RECORD_CREATED
        self._client.incr(key)

    def _get_count(self, key):
        return int(self._client.get(key) or 0)

    def get_all(self):
        return {
```

---

[22] recordlog/records/caches.py

Privileged and Confidential                                          Page | 26

```
            'record_already_exists': self._get_count(self.KEY_RECORD_ALREADY_EXISTS),
            'record_created': self._get_count(self.KEY_RECORD_CREATED),
            'record_created_latest': self._get_count(self.KEY_RECORD_CREATED_LATEST)
        }

    def purge(self):
        self._client.delete(
            self.KEY_RECORD_ALREADY_EXISTS,
            self.KEY_RECORD_CREATED,
            self.KEY_RECORD_CREATED_LATEST
        )

metric_cache = MetricCache()
```

### 3. generate_volume_alerts.py

54. On May 25, 2020, Dennis Seller added a commit of 132 new lines related to volume alerts.[23] Because alerts can be handled a number of different ways, this code development represents a creative choice for handling volume alerts. The source code is below.

```
import logging
from datetime import timedelta, datetime
from logging import DEBUG
from typing import List

from django.db.models.aggregates import Sum
from django.utils import timezone

from alerting.alerting_client import AlertingEvent
from alerting.models import Alert
from alerting.signals import event_occurred
from alerting.tools import AlertingEventFactory
from dmarc_xml.models import record
from tools.commands import LoggingBaseCommand


logger = logging.getLogger(__name__)


def volume_spike_handler(account_id: int) -> List[AlertingEvent]:
    def get_volume_growth_for_category(category: int) -> int:
        volume_count_today = Command.get_volume_for(
            account_id, timezone.now(), category
        )
        volume_count_yesterday = Command.get_volume_for(
            account_id, timezone.now() - timedelta(days=1), category
        )
        if volume_count_yesterday == 0:
            return 100  # 0 -> any value is always 100% increase...
```

---

[23] project/core/alerting/management/commands/generate_volume_alerts.py

```python
    logger.info(
        "  Volume count for category %i today: %i", category, volume_count_today
    )
    logger.info(
        "  Volume count for category %i yesterday: %i",
        category,
        volume_count_yesterday,
    )

    increase = volume_count_today - volume_count_yesterday
    return (increase / volume_count_yesterday) * 100

events = []

spike_dmarc_capable = get_volume_growth_for_category(1)
logger.info(
    "Growth DMARC capable for account ID %i: %i%%", account_id, spike_dmarc_capable
)
if spike_dmarc_capable > 0:
    events.append(
        AlertingEventFactory.create(
            account_id=account_id,
            event_type="volume.spike.dmarc-capable",
            payload={"percentage": round(spike_dmarc_capable)},
        )
    )

spike_noncompliant = get_volume_growth_for_category(2)
logger.info(
    "Growth Non-compliant for account ID %i: %i%%", account_id, spike_noncompliant
)
if spike_noncompliant > 0:
    events.append(
        AlertingEventFactory.create(
            account_id=account_id,
            event_type="volume.spike.non-compliant",
            payload={"percentage": round(spike_noncompliant)},
        )
    )

spike_forwarders = get_volume_growth_for_category(3)
logger.info(
    "Growth Forwarders for account ID %i: %i%%", account_id, spike_forwarders
)
if spike_forwarders > 0:
    events.append(
        AlertingEventFactory.create(
            account_id=account_id,
            event_type="volume.spike.forwarders",
            payload={"percentage": round(spike_forwarders)},
        )
    )

spike_threat_unknown = get_volume_growth_for_category(4)
```

Privileged and Confidential

```python
    logger.info(
        "Growth Threat/unknown for account ID %i: %i%%",
        account_id,
        spike_threat_unknown,
    )
    if spike_threat_unknown > 0:
        events.append(
            AlertingEventFactory.create(
                account_id=account_id,
                event_type="volume.spike.threat-unknown",
                payload={"percentage": round(spike_threat_unknown)},
            )
        )

    return events


class Command(LoggingBaseCommand):
    def handle(self, *args, **options):
        self.logger.setLevel(DEBUG)

        # First, get all accounts that have one or more alerts set up.
        account_ids = Alert.objects.values_list("account_id", flat=True).distinct(
            "account_id"
        )
        self.logger.info("Analyzing volume for %i accounts", len(account_ids))

        handlers = [volume_spike_handler]

        for account_id in account_ids:
            for handler in handlers:
                events = handler(account_id)
                for event in events:
                    self.logger.info(f"Dispatching event: {event}")
                    event_occurred.send(sender=self, event=event)

    @staticmethod
    def get_volume_for(account_id, date: datetime, category: int, last_hours=24):
        return (
            record.objects.filter(
                act_id=account_id,
                category=category,
                meta_end_date__gte=date - timedelta(hours=last_hours),
                meta_end_date__lte=date,
            ).aggregate(Sum("count"))["count__sum"]
            or 0
        )
```

#### 4.     0001_initial.py

55.     Dennis Seller also committed the initial proof of concept for migrations in alerting on March 26, 2020.[24] That code is shown below.

---

[24] project/core/alerting/migrations/0001_initial.py

```python
# -*- coding: utf-8 -*-
# Generated by Django 1.11.28 on 2020-03-26 11:14
from __future__ import unicode_literals

from django.conf import settings
from django.db import migrations, models
import django.db.models.deletion


class Migration(migrations.Migration):

    initial = True

    dependencies = [
        migrations.swappable_dependency(settings.AUTH_USER_MODEL),
        ("domain_groups", "0011_auto_20190917_0950"),
        ("accounts", "0043_auto_20200316_1642"),
    ]

    operations = [
        migrations.CreateModel(
            name="Alert",
            fields=[
                (
                    "id",
                    models.AutoField(
                        auto_created=True,
                        primary_key=True,
                        serialize=False,
                        verbose_name="ID",
                    ),
                ),
                ("alerting_subscription_id", models.IntegerField()),
                (
                    "account",
                    models.ForeignKey(
                        on_delete=django.db.models.deletion.CASCADE,
                        to="accounts.Account",
                    ),
                ),
                (
                    "domain_group",
                    models.ForeignKey(
                        on_delete=django.db.models.deletion.CASCADE,
                        to="domain_groups.domain_group",
                    ),
                ),
                (
                    "user",
                    models.ForeignKey(
                        null=True,
                        on_delete=django.db.models.deletion.CASCADE,
                        to=settings.AUTH_USER_MODEL,
                    ),
                ),
```

```
                        ],
                    ),
            ]
```

**5. templates.html**

56.     Teodora Pavlova, another of the European Programmers, checked in 47 lines of new code related to templates on February 26, 2021. Templates involve a creative choice of implementing the DMARC standard. That source code is below.

```
                    <div class="col-lg-3">
                        <card-item>
                            <div class="row mb-3">
                                <div class="col-sm-auto align-self-start font-weight-bold
text-x-large compliance-value pr-0">{{ formatNumTools.format(summary.sources.length)
}}</div>
                                <div class="col align-self-start font-weight-bold
dark-grey-color ">Sources</div>
                            </div>
                            <table class="table table-borderless">
                                <thead>
                                <tr>
                                    <th></th>
                                    <th class="dark-grey-color"><b>DMARC</b> <br>
<small>compliant</small></th>
                                    <th class="dark-grey-color"><b>SPF</b> <br>
<small>alignment</small></th>
                                    <th class="dark-grey-color"><b>DKIM</b> <br>
<small>alignment</small></th>
                                </tr>
                                </thead>
                                <tbody v-if="summary.sources && summary.sources.length"
class="font-weight-bold dark-grey-color">
                                <template v-for="(source, index) in summary.sources">
                                    <template v-if="index < 5">
                                        <tr class="font-90 my-1" style="height: 40px;">
                                            <td class="text-left">{{ source.name }}</td>
                                            <td>{{ source.percentage_dmarc }}%</td>
                                            <td>{{ source.percentage_spf }}%</td>
                                            <td>{{ source.percentage_dkim }}%</td>
                                        </tr>
                                    </template>
                                </template>
                                <tr v-if="summary.sources.length > 5" class="text-center
font-80">
                                    <td colspan="4" class="text-center font-80 font-we">
                                        <a href="/source-viewer/"
class="font-weight-normal">
                                            and {{ summary.sources.length - 5 }} more
<double-caret-right></double-caret-right></a>
                                    </td>
                                </tr>
```

```
                                <tr v-else>
                                    <td colspan="4" class="text-center font-80">
                                        <a href="/source-viewer/"
class="font-weight-normal">View All Source Details
<double-caret-right></double-caret-right></a>
                                    </td>
                                </tr>
                                </tbody>
                                <tbody class="text-center dark-grey-color" v-else>
                                    <tr>
                                        <td colspan="4" class="text-small">
                                            No Source Data
                                        </td>
                                    </tr>
                                </tbody>
                            </table>
                        </card-item>
                    </div>
```

**6.** **Comparison of the Platform as it Existed in 2012 versus 2021.**

57.     Another way to demonstrate the significant amount of change between the Platform code dated June 18, 2012 and the January 11, 2021 Platform is to run a tool called Beyond Compare. Beyond Compare specifically captures differences between two bodies of code - highlighting any areas which are not the same in red. I ran the comparison using only the Platform core for 2012 and 2021. Those results are attached as **Exhibit J.** It is clear from the substantial alterations present that the source code is not still Version 1.

**VIII. Rob Wise Fails to Address the Role the DMARC Standard Plays in a DMARC Platform**

58.     In the document entitled "Version 1. 1 Rob Wise Oct 12 2022," Rob Wise appears to make various claims about similarities he perceives between the Platform code as committed on "May 16 09:17:19 2017,", "Jan 21 11:18:40 2014," and "Feb 1 14:31 :42 2021."[25]   In comparing these commits, Mr. Wise fails to address the role the DMARC standard plays.

---

[25] DM000153.

59.     Standards, like DMARC, provide guidelines for implementations, ensuring uniformity and compatibility across different systems and applications. These guidelines are abstract by nature, allowing for multiple, distinct implementations that adhere to the same fundamental principles. Given that DMARC is a protocol standard, it outlines specific behaviors and outcomes rather than dictating a precise method for achieving those outcomes. Undoubtedly, any two DMARC implementations will have many similarities, from the data they process to their output. This is analogous to most TV sets, which, despite their differences, typically manifest as black rectangles with standard features like power buttons, channel selectors, and volume controls. This uniformity arises because each TV set adheres to the fundamental standards of what a TV should be. As a result:

- **RESTful API**: Many DMARC tools or services might provide RESTful APIs for easier integration and access to DMARC data. These APIs, across different tools, might look very similar because they're meant to access the same type of data, even if the underlying code or architecture is different.

- **Authentication**: In essence DMARC is an authentication protocol and therefore every DMARC offering must provide that. Authentication processes, crucial for any security tool, might also seem similar across different DMARC implementations. This similarity doesn't necessarily mean one tool copied another but rather indicates adherence to security best practices.

- **Policy Planner**: In any DMARC implementation, incorporating a policy planning component is crucial. DMARC, at its core, functions as a

Privileged and Confidential                                                                 Page | 33

mechanism for domain owners to specify how email receivers should handle emails that fail authentication checks. By incorporating a policy planning component, domain owners can strategically decide, set, and communicate their preferred actions (whether to accept, quarantine, or reject such emails) based on evolving risks and business needs. Furthermore, effective planning ensures smoother policy rollout, reduced chances of legitimate emails being misclassified, and a more secure email ecosystem. This planning phase is essential not just for initial DMARC adoption but also for ongoing adjustments and refinements, reflecting the ever-changing landscape of email threats and organizational priorities.

- **User Interfaces & Features**: While core functionalities like generating DMARC reports or interpreting them will be consistent across tools, the design, user interface, or additional features might differ based on the target audience, usability considerations, and other factors.

- **Reporting**: Every DMARC implementation includes a component related to reporting, which is fundamental to the protocol's design and functionality. The primary objective of DMARC is to provide domain owners with visibility and control over how their domains are used in email communication, ensuring authenticity and thwarting email spoofing or phishing attempts. To achieve this, DMARC reports are generated by email receivers (like Gmail, Yahoo, or enterprise email servers) and sent to the domain owners. These reports provide standard insights into how their domains are being used – whether emails are passing or failing DMARC

checks and why. Because DMARC is a standardized protocol, the structure and content of these reports are typically similar across different implementations. This consistency is intentional and beneficial. Standardized reports ensure compatibility and portability, allowing domain owners to utilize various DMARC analysis tools and services seamlessly. The uniformity in reporting means that whether a business switches its DMARC analyzing tool or even if different departments within an organization use varied tools, the reports can easily be interpreted, shared, and acted upon without any loss of data integrity or meaning. This standardization underscores the protocol's emphasis on interoperability, making DMARC a universally adoptable and reliable solution for email authentication.

## IX. DR. LEVINE'S THEORIES ARE MISTAKEN

60.    Dr. Levine contends in his August 8, 2023 report that, because the 2021 repository only contains Python and Javascript, it does not meet the multi-language requirements of a microservices platform and is simply a refactoring.[26] Dr. Levine appears to have a misconception regarding the fundamental nature of microservices. It is essential to understand that microservice architecture is, at its core, an abstraction independent of any specific programming language, number of processes, or database system. Contrary to what Dr. Levine might suggest, none of the citations or quotes he provided explicitly state that microservices mandate the use of multiple programming languages or diverse databases. Numerous solution architects, myself included, have successfully executed microservice architectures using just one programming language and a single database system.

---

[26] Supplemental Report of John Levine ¶ 35.

Privileged and Confidential                                                    Page | 35

61.    A testament to the flexibility of microservices is how effortlessly they can be integrated into modern deployment models, such as using Docker to containerize applications. This encapsulation within containers serves as a prime example of how microservices can thrive in environments without the complexity of multiple languages or databases. Microservice architecture fundamentally emphasizes modular and independent service components, not the diversity of tools used. It's entirely feasible to implement microservices using a single programming language, which streamlines development and ensures codebase consistency. Adopting a single database simplifies data interactions and maintains uniform data management protocols. Deploying each microservice as a single process, especially within containers like Docker, allows for scalability and isolation without necessitating multiple processes.

62.    He added "Indeed, neither the framework's webpage nor the LearnDjango tutorial on the framework nor the introduction to the framework at RealPython even contain the word "microservice" or "microservices"."[27] The absence of the term "microservice" or "microservices" on the framework's webpage, the LearnDjango tutorial, or the introduction on RealPython doesn't negate the potential and capability of the framework to support or be used in a microservices architecture. A framework's versatility is not solely determined by the terminologies present in its documentation or tutorials. Instead, its adaptability, modular nature, and capability to interface with other services are the critical factors. Furthermore, many technologies initially not designed with microservices in mind have been adapted to fit within a microservices ecosystem, due to their inherent qualities that complement such an architecture. Therefore, the mere absence of specific terminology in tutorials or introductions does not

---

[27] *Id.* ¶ 36.

diminish the framework's relevance or applicability in a given architectural context. In fact there are many adoptions of microservice architecture on top of Django-rest-framework.[28,29,30]

63.     Dr. Levine, relying on a document written by Mr. Wise, also states that "changes described in the document are refactoring the code, preserving function while improving structure."[31]  This statement focuses on the components in the 2017 and 2021 code snapshots that have common functionalities, but it ignores the thousands of lines of code creating the new functionalities to the 2021 revision.

64.     Dr. Levine is also incorrect to conflate "a version switch" with "code refactoring and improvement."[32]  Versioning has nothing to do with refactoring. To begin with, at its core, refactoring is the process of restructuring existing code without changing its external behavior or adding new features. Between 2012 and 2021, the European Programmers and others  added numerous features to their platform. A software can go from a version to a new version by not changing a feature, but just fixing a bug.[33]

65.     Next, the claim that refactoring a source code can't result in a totally new version is fundamentally flawed, both in terms of software engineering principles and in practical application. While it is true that the primary objective of refactoring is not to introduce new features, the ripple effect of the changes can fundamentally alter the structure and efficiency of the program, often making it vastly different from its original version.

66.     **Code Complexity Reduction:** One of the key goals of refactoring is to reduce code complexity. By replacing convoluted, redundant sections with concise and efficient alternatives, refactoring can lead to a codebase that is more maintainable and readable, even if its

---

[28] https://www.pluralsight.com/guides/develop-a-microservice-api-with-django-rest-framework-(drf)
[29] https://pypi.org/project/django-rest-microservice/
[30] https://hasansajedi.medium.com/microservice-app-with-drf-part1-71d54fe506a
[31] Report of John R Levine ¶ 27.
[32] *Id.* ¶ 41.
[33] https://en.wikipedia.org/wiki/Software_versioning

Privileged and Confidential

external behavior remains unchanged. For example, the European Programmers removed numerous redundant lines of code and lowered unnecessary complexity.

67.     **Performance Improvements:** Refactoring often involves optimizing algorithms or data structures. While the functionality remains the same, the refactored code can be much faster or use resources more efficiently, leading to a version that is vastly superior in performance. For example, the European Programmers improved the existing dataflow and control flow, implemented new data pipelines and increased their platform performance.

68.     **Adoption of New Patterns and Practices**: Refactoring might introduce modern programming paradigms, design patterns, or best practices into the codebase. As a result, the internal architecture of the software could undergo a significant transformation, aligning it with newer and more effective design principles. For example, the European Programmers introduce modern microservice architecture and increase their service maintainability.

69.     **Preparation for New Features:** While refactoring does not add new functionality by definition, it often lays the groundwork for easily incorporating new features in the future. This preparatory work can fundamentally shift the architecture and internal workings of the software.

70.     **Modernizing Code**: Technologies and standards evolve over time. Refactoring might involve updating the software to use newer libraries, frameworks, or even language versions, leading to a codebase that's significantly different from its predecessors.

71.     In conclusion, even if the European Programmers and others did refactor code for the Platform, adding new features which practically introduced new versions, that refactoring can result in substantial internal changes that, for all intents and purposes, make the refactored code a totally new version from a development, maintenance, and performance perspective.

Privileged and Confidential                                                                                          Page | 38

**X.**    CONCLUSION

72.      It is not possible to verify what code from the initial June 2012 commit originated in February 2012 or was added following that date.

73.      As I have shown repeatedly above, the European Programmers and others made significant changes to the Platform code after June 18, 2012, including substantial contributions by the European Programmers between 2017 and 2021 that were original to the author and demonstrate creativity in the sense that the author made choices about code structure and design.

74.      I do not agree with Dr. John Levine's opinions in his 2023 report.

**XI.**    AFFIRMATION

75.      I certify under penalty of perjury and pursuant to the United States of America laws that the preceding is true and correct to the best of my knowledge.

Date September 15, 2023

Dr. Mahdi Eslamimehr