IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

No. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., *Plaintiff*, v. DMARC ADVISOR BV, f/k/a dmarcian Europe BV, *Defendant*. | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant DMARC Advisor BV moves under Federal Rules of Civil Procedure 56 and 37 for summary judgment on all of Plaintiff dmarcian, Inc.'s claims, undisclosed damages, and requests under the Copyright Act for statutory damages and attorneys' fees. The grounds for this Motion are set forth in the accompanying Brief in Support.

Dated: January 10, 2024	Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

<u>/s/ Samuel B. Hartzell</u>
Pressly M. Millen, NC State Bar No. 16178
Samuel B. Hartzell, NC State Bar No. 49256
Post Office Box 831
Raleigh, North Carolina 27602
Phone: (919) 755-2135
Fax: (919) 755-6067
Email:  Press.Millen@wbd-us.com
            Sam.Hartzell@wbd-us.com

*Counsel for Defendant DMARC Advisor BV*