IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO.: 1:21-CV-00067

| | |
|---|---|
| DMARCIAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> DMARC ADVISOR BV, <br> f/k/a dmarcian Europe BV, <br><br> Defendant. | THIRD AMENDMENT TO COMPLAINT |

Pursuant to the Order Granting in Part and Denying in Part Plaintiff dmarcian Inc.'s Motion for Leave to File Third Amended Complaint (Doc. 357), Plaintiff dmarcian, Inc. amends its Second Amended Complaint (Doc. 51) as follows:

Plaintiff amends its Prayer for Relief to add the following request for relief: Entry of judgment declaring ownership rights as to the copyright registered as TX0008941559.

This the 8th day of May, 2024.

                                              */s/ Pamela S. Duffy*
                                              Pamela S. Duffy, N.C.S.B. No. 18329
                                              pamela.duffy@elliswinters.com
                                              Tyler C. Jameson, N.C.S.B. No. 59348
                                              ty.jameson@elliswinters.com
                                              Ellis & Winters LLP
                                              PO Box 2752
                                              Greensboro, NC 27402
                                              Telephone: (336) 217-4193
                                              *Attorneys for Plaintiff*


                                              OF COUNSEL:
                                              */s/ David Dorey*
                                              David Dorey, DE #5283
                                              Blank Rome, LLP
                                              David.dorey@BlankRome.com
                                              1201 Market Street, Suite 800
                                              Wilmington, DE 19801
                                              Telephone: (302) 425-6418
                                              *Attorney for Plaintiff*

## *CERTIFICATE OF SERVICE*

I hereby certify that the foregoing document was served upon counsel for all other parties to this action listed below by efiling a copy of the same utilizing the Western District of North Carolina's efiling system:

Mr. Pressly M. Millen
press.millen@wbd-us.com
Mr. Samuel B. Hartzell
Sam.hartzell@wbd-us.com
Womble Bond Dickinson (US) LLP
P O Box 831
Raleigh, NC 27602
*Attorneys for DMARC ADVISOR BV,
f/k/a dmarcian Europe BV*

This the 8th day of May, 2024.

/s/ Pamela S. Duffy
Pamela S. Duffy, N.C.S.B. No. 18329
*pamela.duffy@elliswinters.com*
Tyler C. Jameson, N.C.S.B. No. 59348
ty.jameson@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorneys for Plaintiff*

3