IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00067-MR

| | |
|---|---|
| **DMARCIAN, INC.,** ) | |
| ) | |
|        **Plaintiff,** ) | |
| ) | |
|   vs. ) | **O R D E R** |
| ) | |
| **DMARC ADVISOR BV,** ) | |
| f/k/a dmarcian Europe BV, ) | |
| ) | |
|        **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On May 1, 2024, the Court entered an Order directing the Defendant, its U.S. counsel, and its Dutch counsel, Alfred Meijboom, to appear before the Court on May 15, 2024 and show cause why the Court should not hold the Defendant and its counsel in contempt for failing to comply with the Court's June 23, 2023 Order. [Doc. 358]. Upon motion of the Defendant [Doc. 363], the Court continued the show cause hearing to its present setting on June 5, 2024. [Text-Only Order entered May 10, 2024].

On May 20, 2024, the undersigned's chambers received an email from Mr. Meijboom indicating that he intended to appear for the show cause hearing, but that he had a scheduling conflict on June 5, 2024 with a

previously scheduled hearing in a Dutch court. Mr. Meijboom therefore requested that the Court continue the show cause hearing to a later date, or in the alternative, allow him to participate remotely in the hearing. [See 5/20/24 email, attached hereto as Exhibit 1].

By this request, Mr. Meijboom seeks affirmative relief from the Court. The Court therefore considers Mr. Meijboom's request as a submission to the jurisdiction of this Court. For the reasons stated, the Court will grant Mr. Meijboom's request and will continue the show cause hearing until a later date in August 2024. The parties will be notified at a later time of the date of the rescheduled hearing.

**IT IS, THEREFORE, ORDERED** that the show cause hearing currently scheduled for June 5, 2024, is hereby **CONTINUED** and will be rescheduled at a later date.

**IT IS SO ORDERED.**

Signed: May 28, 2024

Martin Reidinger
Chief United States District Judge