# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CASE NO.: 1:21-CV-00067

| | |
|---|---|
| **DMARCIAN, INC.,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**DMARC ADVISOR BV,**<br>**f/k/a dmarcian Europe BV,**<br><br>      **Defendant.** | **SUPPLEMENT TO LETTER OF REQUEST FOR ORAL EXAMINATION OF HERWERT KALKMAN** |

The Court hereby supplements the Letter of Request previously entered on April 19, 2024 [Doc. 350] as follows:

| 9. Identity and address of the person to be examined | Herwert Jente Kalkman<br>Date of Birth: ▮▮▮▮<br>Address:<br>Olympiade 78<br>2924 AN<br>Kreimpen aan den IJssel<br>The Netherlands |
|---|---|

The Clerk of Court is respectfully directed to transmit an unredacted version of this Supplement to the Central Authority for the Netherlands referencing file no. C/09/666480/KG RK 24-755.

Signed: July 29, 2024

Martin Reidinger
Chief United States District Judge