IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DMARC ADVISOR BV, ) | |
| f/k/a dmarcian Europe BV, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on receipt of a letter from the District Court North-Holland, which is attached hereto.

In light of this correspondence, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that, within seven days of the entry of this Order, the parties shall file briefs addressing the issues raised in the District Court North Holland's letter. Such briefs shall not exceed five (5) pages in length.

**IT IS SO ORDERED.**

Signed: 11/21/2024

Martin Reidinger
Chief United States District Judge