IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:21-cv-00067-MR

|  |  |
|---|---|
| DMARCIAN, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **DEFENDANT'S BRIEF ON** |
| v. ) | **OCTOBER 2024 LETTER** |
| ) | **FROM THE DISTRICT COURT** |
| DMARC ADVISOR BV, ) | **OF THE HAGUE** |
| f/k/a dmarcian Europe BV, ) | |
| ) | |
| *Defendant*. ) | |

Defendant DMARC Advisor BV files this brief in response to the Court's October 22, 2024 Order to "address[] the issues raised in the District Court North Holland's letter." ECF No. 392.

That letter, ECF No. 393-1 at 1, encloses a copy of an order addressing "two requests for a letter rogatory," ECF No. 393 at 1 ¶ 1.1. The Dutch Central Authority concludes in the order that both requests comply with the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. *Id*. at 1 ¶ 1.4. The Central Authority thus "forward[ed] the requests to the North Holland District Court for full execution." *Id*. at 1 ¶ 1.5; *see also id.* at 2 ¶ 2. DMARC Advisor understands that those requests are pending before the North Holland District Court.

Dated: November 29, 2024       Respectfully submitted,

                                           **WOMBLE BOND DICKINSON (US) LLP**

                                           /s/ Samuel B. Hartzell
                                          Pressly M. Millen, NC State Bar No. 16178
                                          Samuel B. Hartzell, NC State Bar No. 49256
                                          Post Office Box 831
                                          Raleigh, North Carolina 27602
                                          Phone: (919) 755-2135
                                          Fax: (919) 755-6067
                                          Email:  Press.Millen@wbd-us.com
                                                               Sam.Hartzell@wbd-us.com

                                           *Counsel for Defendant DMARC Advisor BV*

## CERTIFICATION ON USE OF ARTIFICIAL INTELLIGENCE

I certify in accordance with the Court's Standing Order on the Use of Artificial Intelligence, No. 3:24-mc-00104-MR, that (1) no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and (2) every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Dated: November 29, 2024        /s/ Samuel B. Hartzell
                                                             Samuel B. Hartzell