# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### Case No. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., )<br><br>*Plaintiff*, )<br><br>v. )<br><br>DMARC ADVISOR BV, )<br>f/k/a dmarcian Europe BV, )<br><br>*Defendant*. ) | **NOTICE OF APPEAL** |

Defendant DMARC Advisor BV appeals to the United States Court of Appeals for the Fourth Circuit from (1) the Order entered in this action on December 20, 2024 and docketed as ECF No. 401; (2) the Order entered in this action on December 20, 2024 and docketed as ECF No. 402; and (3) the Second Amended Preliminary Injunction entered in this action on December 20, 2024 and docketed as ECF No. 403.

Dated: January 17, 2025     Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Samuel B. Hartzell
Samuel B. Hartzell, NC State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2112
Sam.Hartzell@wbd-us.com

*Counsel for Defendant DMARC Advisor BV*