IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| DMARC ADVISOR BV, f/k/a dmarcian Europe BV, | ) |
| *Defendant*. | ) |

David N. Allen of Allen, Chesson & Grimes PLLC appears in this action as counsel for Pressly M. Millen for the limited purpose of filing a notice of appeal on behalf of Mr. Millen.

Dated: January 17, 2025    Respectfully submitted,

**ALLEN, CHESSON & GRIMES PLLC**

/s/ David N. Allen
David N. Allen (NC Bar No. 9095)
505 N. Church Street
Charlotte, North Carolina 28202
(704) 755-6010
dallen@allenchesson.com

*Counsel for Pressly M. Millen*