# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
### Case No. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) **NOTICE OF APPEAL** |
| DMARC ADVISOR BV, f/k/a dmarcian Europe BV, | ) |
| *Defendant*. | ) |

Pressly M. Millen appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on December 20, 2024 and docketed as ECF No. 401.

Dated: January 17, 2025    Respectfully submitted,

**ALLEN, CHESSON & GRIMES PLLC**

/s/ David N. Allen
David N. Allen (NC Bar No. 9095)
505 N. Church Street
Charlotte, North Carolina 28202
(704) 755-6010
dallen@allenchesson.com

*Counsel for Pressly M. Millen*