IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO.: 1:21-CV-00067

DMARCIAN, INC.,

        Plaintiff,

   v.

DMARC ADVISOR BV,
f/k/a dmarcian Europe BV,

        Defendant.

**PLAINTIFF'S RESPONSE
REGARDING DEFENDANT'S
CONSENT MOTION TO FILE
UNDER SEAL**

---

Plaintiff does agree that its damages information should be under seal but does not object to the filing of Defendant's motion in limine brief (Doc. 418) in the public record so long as dollar amounts are redacted.

This the 31st day of January, 2025.

*/s/ Pamela S. Duffy*

Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Tyler C. Jameson, N.C.S.B. No. 59348
ty.jameson@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorneys for Plaintiff*

OF COUNSEL:

*/s/ David Dorey*
David Dorey, DE #5283
Blank Rome, LLP
David.dorey@BlankRome.com
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6418
*Attorney for Plaintiff*

## AI CERTIFICATION

Undersigned counsel hereby certifies that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg.

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 31st day of January, 2025.

/s/ Pamela S. Duffy
Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorney for Plaintiff*

3

## *CERTIFICATE OF SERVICE*

I hereby certify that the foregoing **PLAINTIFF'S RESPONSE REGARDING DEFENDANT'S CONSENT MOTION TO FILE UNDER SEAL** was served upon counsel for all other parties to this action listed below by efiling a copy of the same utilizing the Western District of North Carolina's efiling system:

Mr. Pressly M. Millen
press.millen@wbd-us.com
Mr. Samuel B. Hartzell
Sam.hartzell@wbd-us.com
Womble Bond Dickinson (US) LLP
P O Box 831
Raleigh, NC 27602

*Attorneys for DMARC ADVISOR BV,*
*f/k/a dmarcian Europe BV*

This the 31st day of January, 2025.

*/s/ Pamela S. Duffy*
Pamela S. Duffy, N.C.S.B. No. 18329
*pamela.duffy@elliswinters.com*
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorney for Plaintiff*

4