IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DMARC ADVISOR BV, <br> f/k/a dmarcian Europe BV, <br><br> *Defendant*. | **DEFENDANT'S MOTION TO STAY** |

Defendant DMARC Advisor BV ("DMARC Advisor") hereby moves this Court for a stay of proceedings in this Court pending the appeals noticed by DMARC Advisor and Attorney Pressly M. Millen. [Doc. 405, 407]. This Motion is supported by the contemporaneously filed Brief in Support. The undersigned has consulted with counsel for Plaintiff, who opposes this motion.

Dated: January 31, 2025   Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Samuel B. Hartzell
Samuel B. Hartzell, NC State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2112
Sam.Hartzell@wbd-us.com

*Counsel for Defendant DMARC Advisor BV*