IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO.: 1:21-CV-00067

| | |
|---|---|
| DMARCIAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> DMARC ADVISOR BV, <br> f/k/a dmarcian Europe BV, <br><br> Defendant. | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOC. NO. 428** |

Plaintiff withdraws its previously filed document titled "Plaintiff's Response Regarding Defendant's Brief in Support of its Motions in Limine Filed Under Seal" (Doc. No. 428) as it was erroneously titled and linked incorrectly to Defendant's Brief in Support of its Motions in Limine (Doc. No. 418) due to a clerical error.

This the 3rd day of February, 2025.

                                            */s/ Pamela S. Duffy*
                                            Pamela S. Duffy, N.C.S.B. No. 18329
                                            pamela.duffy@elliswinters.com
                                            Tyler C. Jameson, N.C.S.B. No. 59348
                                            ty.jameson@elliswinters.com
                                            Ellis & Winters LLP
                                            PO Box 2752
                                            Greensboro, NC 27402
                                            Telephone: (336) 217-4193
                                            *Attorneys for Plaintiff*

OF COUNSEL:

*/s/ David Dorey*
David Dorey, DE #5283
Blank Rome, LLP
David.dorey@BlankRome.com
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6418
*Attorney for Plaintiff*

## AI CERTIFICATION

Undersigned counsel hereby certifies that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg.

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 3rd day of February, 2025.

                                        */s/ Pamela S. Duffy*
                                        Pamela S. Duffy, N.C.S.B. No. 18329
                                        pamela.duffy@elliswinters.com
                                        Ellis & Winters LLP
                                        PO Box 2752
                                        Greensboro, NC 27402
                                        Telephone: (336) 217-4193
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOC. NO. 428** was served upon counsel for all other parties to this action listed below by efiling a copy of the same utilizing the Western District of North Carolina's efiling system:

Mr. Pressly M. Millen
press.millen@wbd-us.com
Mr. Samuel B. Hartzell
Sam.hartzell@wbd-us.com
Womble Bond Dickinson (US) LLP
P O Box 831
Raleigh, NC 27602

*Attorneys for DMARC ADVISOR BV,
f/k/a dmarcian Europe BV*

This the 3rd day of February, 2025.

> */s/ Pamela S. Duffy*
> Pamela S. Duffy, N.C.S.B. No. 18329
> *pamela.duffy@elliswinters.com*
> Ellis & Winters LLP
> PO Box 2752
> Greensboro, NC 27402
> Telephone: (336) 217-4193
> *Attorney for Plaintiff*