IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO.: 1:21-CV-00067

DMARCIAN, INC.,

    Plaintiff,

v.

DMARC ADVISOR BV,
f/k/a dmarcian Europe BV,

    Defendant.

**PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS**

Plaintiff dmarcian, Inc. submits the following objections and counter-designations in response to Defendant's Deposition Designations (Doc. 421).

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| **Timothy Draegen as dmarcian, Inc.'s Rule 30(b)(6) designee (Nov. 27, 2023)** | 5:10 | 6:3 | | |
| | 14:23 | 16:5 | | |
| | 36:3 | 39:24 | | No initial objection, but reserved as it relates to 2012 code reproduction |
| | 14:23 | 14:25 | | Duplicate Excerpt - unnecessary |
| | 33:6 | 34:07 | | |
| | 38:7 | 38:23 | | Duplicate Excerpt - unnecessary |
| | 46:21 | 48:17 | | |
| | 90:14 | 96:16 | 87:11 to 90:7 – context of agreement, completeness[1] | |
| | 104:6 | 104:20 | 104:21 to 105:4 – context of agreement | |

---

[1] "Should one party seek to introduce only part of a witness's deposition, the Rules provide 'an adverse party may require the offeror to introduce other parts that in fairness should be considered with the part introduced, and any party may itself introduce any other parts.'" *Saget v. Trump*, 351 F. Supp. 3d 251, 254 (E.D.N.Y. 2019) (quoting Fed. R. Civ. P. 32(a)(6)). The purpose of Rule 32(a)(6) "is to ensure completeness of the record." *City of Wilmington, Delaware v. United States*, 153 Fed. Cl. 405, 408 (Fed. Cl. 2021). Thus, counter-designations that "provide necessary context… should be admitted into the record." *Id.*

2

Case 1:21-cv-00067-MR    Document 435    Filed 02/03/25    Page 2 of 15

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| | 105:5 | 105:9 | 105:10 to 13 (same) | |
| | 108:2 | 108:20 | | If introduction of Exhibit 11[2] contemplated by this excerpt, Plaintiff objects; the exhibit is only used to flag the excerpt's focused time frame |
| | 109:03 | 109:14 | | |
| | 117:9 | 117:16 | 117:17 to 19 – context/completeness | |
| | 111:22 | 113:8 | | |
| | 113:21 | 114:8 | 114:20 to 25 – context for this and previous excerpt | |
| | 122:18 | 123:13 | 123:19 to 24 - completeness | |
| | 137:11 | 139:11 | | Reserve objections to Ex. 14 (which includes notes dmarcian did not add to the document); by not objecting to use of excerpt in and of itself dmarcian does not waive any arguments as to the admissibility of the exhibit referenced, and if it is not |

---

[2] Wherever testimony Defendant cites for any of the transcripts referenced herein involves, surrounds or is based on a deposition exhibit, then, regardless of whether Plaintiff lodges a specific objection to the excerpt based on that exhibit, all such designations are subject to such objection, whether or not lodged, and argument is deferred until discussion of specific trial exhibits between the parties occurs,

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| | | | | admitted, the excerpt may be excluded from evidence |
| | 139:12 | 140:15 | | Continuous excerpt from previous one – reservation objection noted above incorporated herein as well |
| | 147:24 | 149:16 | | Objection insofar as the Exhibit 15 this excerpt refers to may not be admissible (issue reserved), which would make this excerpt useless and should be stricken in that event. |
| | 187:04 | 188:3 | 188:4 to 7 – complete the answer | |
| | 233:12 | 235:4 | 232:13 to 233:11 - completeness | |
| | 239:12 | 239:25 | 132:15 to 133:8; 135:1 to 3; 136:10 to 137:7– completeness re: reasons why dBV paid Belean | |

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| **Timothy Draegen as dmarcian, Inc.'s Rule 30(b)(6) designee (Nov. 28, 2023)** | 251:24 | 256:12 | | Objection; referenced Exhibit 23 is subject to attorney-client/common interest privilege so testimony and exhibit are inadmissible under FRE 501 and FRE 403 |
| | 272:25 | 288:12 | 317:1 to 8 | Objection to 272:25 to 280:22, and 288:2 to 12 – Swenberg dispute, FRE 403, MIL precluding reference to Swenberg matters; also privilege as per previous excerpt as respects Exhibit 23 applies to the document that the testimony is based on so testimony to be precluded |
| | 303:06 | 305:03 | | |
| | 312:25 | 313:25 | 310:22 to 312:3 and 327:13-15– completeness and context | |
| | 314:9 | 315:13 | 315:14 to 316:8 – for this and the next excerpt (316:9 to 316:11) – completeness and context re: periodic times when TD worked on code | |
| | 316:09 | 316:11 | same | |
| | 320:07 | 320:14 | 320:15 to 322:14 – completeness, context and accuracy | |

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| | 328:02 | 329:18 | 327:13 to 328:1 – completeness and completion of Q&A | |
| Timothy Draegen (Nov. 28, 2023) | 23:02 | 25:21 | | Objection; excerpt references copyright application which is the subject of an MIL |
| | 29:08 | 31:17 | If objection overruled, add 29:5 to 7, 31:18 to 32:21 – completeness and context; | Objection; excerpt references copyright application which is the subject of an MIL |
| | 37:04 | 39:14 | | Objection; excerpt references copyright application which is the subject of an MIL |
| Timothy Draegen (Nov. 28, 2023) (continued) | 25:22 | 27:24 | | Objection; excerpt references copyright application which is the subject of an MIL |
| | 28:20 | 29:4 | 29:5 to 7 – completeness and context | |
| | 32:22 | 33:08 | | Objection; excerpt references copyright application which is the subject of an MIL |
| | 40:18 | 43:12 | | Objection; excerpt references copyright application which is the subject of an MIL |
| | 46:11 | 47:09 | 46:8 to 10 – added the question as the designation included the answer without the question | |

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| | 66:5 | 66:19 | Remove 66:19 line from excerpt – it is the beginning of the next question | |
| | 74:9 | 78:25 | | |
| | 79:16 | 82:01 | 82:2 to 16, 83:11 to 84:17 – completeness and context | |
| | 89:10 | 90:05 | If objection overruled, add 87:18 to 89:9 | Objection; isolated, unintelligible, no relevance (FRE 401 and 403) |
| | 91:07 | 91:14 | | Shannon Draegen testified to damages as dmarcian designee; this was Tim in individual capacity so testimony not binding on that issue and excerpt may be stricken under FRE 403 |
| | 107:19 | 112:09 | | |
| | 152:25 | 153:23 | | |
| | 165:3 | 165:10 | 165:11 to 166:15 – excerpt cut answer off in mid answer; full answer to be included for completeness and context | |
| | 166:16 | 167:18 | 167:19-24 - excerpt cut answer off in mid answer; | |

7

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| | | | full answer to be included for completeness and context | |

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| **Timothy Draegen (Dec. 5, 2023)** | 177:22 | 178:2 | | |
| | 197:6 | 197:17 | 197:18 to 198:6 - excerpt cut answer off in mid answer; full answer to be included for completeness and context | |
| | 215:10 | 217:3 | | Reservation of objection as respects Ex. 43 (testimony focuses on) and excerpt; to be determined in exhibit selection and agreement process |
| | 217:06 | 219:13 | 219:14 to 220:6 – completeness as next excerpt continues discussion on exhibit | |
| | 220:23 | 222:25 | Same as previous excerpt | |
| | 226:22 | 228:08 | 226:6 to 21 – background, context and completeness | |

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| | 251:19 | 252:4 | | Reserve objection on exhibit that excerpt refers to which affects use of excerpt; |
| | 273:3 | 273:20 | 306:9 to 21 | Reserve objection on exhibit that excerpt refers to which affects use of excerpt; additional excerpts on explanation of notes may be sought depending on admissibility of exhibit. |
| Robert Wise (Dec. 11, 2023) | 4:5 | 4:20 | | **Plaintiff objects to the reading in of any testimony of Robert Wise pursuant to FRCP 32(a)(3) as he was not at the time of the taking of the deposition a dmarcian officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4); to the extent that dmarcian offers any counter designations, they do not apply unless the Court overrules this objection to the read in of any part of his testimony. This objection applies to all designations of Mr. Wise's testimony below.** |
| | 7:24 | 8:1 | | |
| | 15:8 | 15:13 | | |
| | 33:21 | 34:4 | | |
| | 34:16 | 39:11 | | Objection regarding Exhibit 2 (or portions thereof that Wise did not draft) to be |

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| | | | | determined as part of exhibit list discussions |
| | 41:14 | 41:25 | 41:6 to 13; 42:13 to 43:2 – completeness and context | |
| | 42:1 | 42:5 | 41:6 to 13; 42:13 to 43:2 – completeness and context | |
| | 49:19 | 50:9 | 50:10 to 14 – completeness and context | |
| | 94:11 | 95:18 | 92:20 to 94:10; 95:19 to 96:23 – completeness and context | |
| | 102:10 | 102:16 | 101:19 to 102:9 – completeness and context | |
| | 103:16 | 103:23 | 103:24 to 104:14 – completeness and context | |
| | 104:15 | 111:3 | Same as previous excerpt | |
| | 111:7 | 111:15 | | |
| | 112:15 | 113:4 | | |
| | 115:19 | 116:1 | | |

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| Robert Wise (Dec. 11, 2023) (continued) | 116:13 | 117:7 | | |
| | 126:13 | 127:13 | | |
| | 127:17 | 128:22 | 128:23 to 129:17 – completeness and context | |
| | 164:23 | 166:22 | 166:23 to 167:11 – completeness and context | Objection based on exhibit |
| | 199:15 | 208:13 | | |
| | 208:24 | 212:25 | 241:19 to 250:19 – completeness and context | FRE 401, 403 |
| | 213:9 | 214:17 | 241:19 to 250:19 – completeness and context | FRE 401, 403 |
| | 224:1 | 241:4 | 241:19 to 250:19 – completeness and context | FRE 401, 403 |
| Shannon Draegen (Nov. 29, 2023) | 5:7 | 5:21 | | |
| | 7:21 | 7:22 | | |
| | 131:12 | 131:20 | 131:21 to 132:2 - completeness | |

| Deposition | Begin | End | Counter-designations: FRCP 32(a)(6) | Objection/Basis |
|---|---|---|---|---|
| | 133:7 | 135:23 | 135:24 to 136:3 – completeness and bridge between two excerpts for context | Objection; Witness interruption; if excerpt used, counter designation must be used as well for this and next excerpt |
| | 136:4 | 136:15 | See above, and also add 136:16 to 137:11, and 138:21 to 140:3 – completeness and bridge between excerpts for context | |
| | 137:12 | 138:6 | Same a above; 136:16 to 137:11 | |
| | 142:2 | 142:12 | 140:15 to 142:1 – completeness and context | |
| | 143:11 | 147:21 | | Objection; relevance, prejudice, FRE 401, 403 |
| | 148:14 | 149:8 | | Objection; relevance (FRE 401) re: damages summary preparation |
| | 151:6 | 151:25 | | Objection; relevance (FRE 401) re: damages summary preparation |
| | 156:21 | 158:19 | | Objection to 156:22 to 157:17; FRE 401 |

| Shannon Draegen (Dec. 8, 2023) | 186:15 | 188:20 | 188:21 to 24 – completeness; witness finished answer in these lines; also add 277:7 to 278:25 for context | |
| --- | --- | --- | --- | --- |
| | 189:10 | 195:1 | 195:2 to 25 – completeness, and bridge between this and next selected excerpt needed for context | |
| | 196:1 | 198:22 | 195:2 to 25 - same as above; also add 199:6 to 22 for completeness and context | |
| | 201:10 | 205:12 | 205:11 to 15 – completeness and context; also add 207:19 to 211:6 – completeness and context | |
| | 233:20 | 239:16 | 239:17 to 241:22 - completeness and context; also on damages: also for completeness on damages, add excerpts 179:11 to 180:19; 268:4 to 269:20; 272:10 to 273:22; 277:7 to 278:25; 282:21 to 283:11 | |

13

This the 3rd day of February, 2025.

/s/ Pamela S. Duffy
Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Tyler C. Jameson, N.C.S.B. No. 59348
ty.jameson@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorneys for Plaintiff*

OF COUNSEL:
/s/ David Dorey
David Dorey, DE #5283
Blank Rome, LLP
David.dorey@BlankRome.com
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6418
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served upon counsel for all other parties to this action listed below by efiling a copy of the same utilizing the Western District of North Carolina's efiling system:

Mr. Pressly M. Millen
press.millen@wbd-us.com
Mr. Samuel B. Hartzell
Sam.hartzell@wbd-us.com
Womble Bond Dickinson (US) LLP
P O Box 831
Raleigh, NC 27602
*Attorneys for DMARC ADVISOR BV,*
*f/k/a dmarcian Europe BV*

      This the 3rd day of February, 2025.

      */s/ Pamela S. Duffy*
Pamela S. Duffy, N.C.S.B. No. 18329
*pamela.duffy@elliswinters.com*
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorney for Plaintiff*