IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:21-cv-00067-MR

| DMARCIAN, INC., | |
|---|---|
| *Plaintiff*, | |
| v. | **DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS** |
| DMARC ADVISOR BV, f/k/a dmarcian Europe BV, | |
| *Defendant*. | |

Defendant DMARC Advisor BV files these objections and counter-designations to Plaintiff's Deposition Designations (ECF No. 416). In accordance with the Court's January 28 and 30, 2025 Text-Only Orders, DMARC Advisor will file its objections and counter-designations by March 4, 2025, to any designations by Plaintiff of deposition testimony by Mr. Kalkman, Mr. Harmeling, Dr. Levine, and Mr. Gray.

### I. Martijn Groeneweweg as DMARC Advisor's Rule 30(b)(6) Designee (Nov. 9, 2023)

| Plaintiff's Designation | Counter-Designation | Objections |
|---|---|---|
| 18:15–18:25 | | |
| 19:14–19:20 | 19:21–20:20; 25:8–20 | FRE 402 & 403 |

| **Plaintiff's Designation** | **Counter-Designation** | **Objections** |
|---|---|---|
| 27:21–28:04 | 19:21–20:20; 25:8–20 | FRE 402 & 403; mischaracterizes testimony; vague |
| 28:21–28:24 | 29:6–31:13 | FRE 402 & 403; calls for legal conclusion; vague |
| 35:19–36:17 | 29:6–31:13 | FRE 402 & 403 |
| 86:15–88:11 | | |
| 89:15–91:07 | 91:08–10 | Ambiguous |
| 94:17–95:09 | 95:10–15 | FRE 402 & 403 |
| 107:10–109:02 | | |
| 109:11–110:13 | | |
| 110:18–112:01 | | Vague; ambiguous |
| 112:07–112:16 | 112:18–113:4 | FRE 402 & 403; lack of foundation |
| 113:05–113:15 | 123:19–124:11 | FRE 403 |
| 123:07–123:18 | 123:19–124:11 | FRE 403 |
| 125:01–125:07 | | |
| 125:11–127:01 | | FRE 403; vague; ambiguous |
| 139:13–141:01 | | |
| 141:24–142:05 | | FRE 403; vague; ambiguous |
| 142:12–144:12 | | FRE 402 & 403; calls for legal conclusion; mischaracterizes testimony |
| 145:19–147:03 | | FRE 402 & 403 |
| 148:12–149:23 | | FRE 402 & 403; mischaracterizes testimony |
| 150:09–151:21 | | FRE 402 & 403; mischaracterizes testimony |
| 152:16–153:19 | | FRE 402 & 403; mischaracterizes testimony; calls for legal conclusion |
| 154:13–156:21 | 157:14–17 | FRE 403 |

| Plaintiff's Designation | Counter-Designation | Objections |
|---|---|---|
| 206:04–206:13 | | FRE 402 & 403; mischaracterizes testimony; calls for legal conclusion |
| 217:12–217:16 | | FRE 402 & 403 |
| 217:22–217:25 | | FRE 402 & 403 |
| 221:01–221:09 | | FRE 402 & 403 |
| 222:14–222:19 | 223:20–224:12 | FRE 402 & 403 |
| 226:24–227:04 | | FRE 402 & 403 |

## II. Martijn Groeneweweg as DMARC Advisor's Rule 30(b)(6) Designee (Nov. 14, 2023)

| Plaintiff's Designation | Counter-Designation | Objections |
|---|---|---|
| 269:12–269:19 | 268:17–269:11; 269:20–5 | FRE 402 & 403 |
| 272:24–273:10 | 272:5–22 | FRE 602 |
| 277:07–277:15 | | FRE 402 & 403 |
| 279:13–279:25 | 278:7–279:12; 280:2–22 | |
| 280:23–283:07 | | FRE 403; FRE 602; mischaracterizes testimony; FRE 802 |
| 284:21–285:22 | 286:11–18 | FRE 602; FRE 802; calls for legal conclusion; ambiguous |
| 291:07–293:10 | | FRE 402 & 403 |
| 293:12–294:21 | | FRE 402 & 403 |
| 301:17–301:23 | 301:1–13; 306:22–307:16 | FRE 403 |
| 310:21–311:03 | 311:4–25 | Calls for legal conclusion |
| 325:20–327:19 | 389:5–22 | FRE 402 & 403 |

| Plaintiff's Designation | Counter-Designation | Objections |
|---|---|---|
| 341:06–341:23 | | FRE 402 & 403; FRE 602; ambiguous; lack of foundation |
| 342:03–342:12 | | FRE 402 & 403; FRE 602; ambiguous; lack of foundation |
| 342:14–342:24 | | FRE 402 & 403; FRE 602; ambiguous; calls for legal conclusion |
| 343:03–343:07 | | FRE 402 & 403; FRE 602; ambiguous |
| 344:14–344:23 | 343:18–344:13 | FRE 402 & 403 |
| 346:07–346:14 | | FRE 402 & 403 |
| 362:02–362:10 | 362:13–363:6 | |

### III. Martijn Groeneweweg on behalf of The Digital Xpedition (TDX) Holding BV (Nov. 13, 2023)

| Plaintiff's Designation | Counter-Designation | Objections |
|---|---|---|
| 7:01–7:11 | | FRE 402 & 403 |
| 8:01–8:17 | Nov. 14 Tr. at 374:16–376:2 | FRE 402 & 403; mischaracterizes testimony |
| 19:17–20:15 | | Ambiguous |
| 25:17–26:22 | | |
| 27:19–28:07 | | FRE 402 & 403; FRE 602 |
| 29:11–29:15 | 32:15–33:19 | FRE 402 & 403; ambiguous |
| 34:07–34:17 | 34:20–36:1 | FRE 402 & 403; calls for legal conclusion |
| 36:02–36:18 | 36:19–37:7 | FRE 402 & 403; calls for legal conclusion |
| 37:10–37:15 | 39:1–22 | FRE 402 & 403; calls for legal conclusion |

| **Plaintiff's Designation** | **Counter-Designation** | **Objections** |
|---|---|---|
| 42:24–43:13 | 43:14–18 | |
| 46:01–49:15 | | FRE 402 & 403; FRE 802 |
| 52:06–53:03 | | FRE 402 & 403 |
| 54:14–54:17 | | FRE 402 & 403 |
| 62:05–62:10 | | FRE 402 & 403; calls for legal conclusion |
| 66:15–67:03 | | FRE 402 & 403 |
| 68:09–68:25 | | FRE 402 & 403 |
| 69:18–70:05 | | FRE 402 & 403 |
| 103:14–104:13 | | FRE 402 & 403; FRE 602; calls for legal conclusion |
| 105:20–106:25 | | FRE 402 & 403; FRE 602; FRE 802 |
| 111:04–111:17 | | FRE 402 & 403 |
| 115:06–115:10 | 115:11–118:6 | |
| 122:21–123:02 | | FRE 402 & 403; FRE 602 |
| 173:01–173:13 | | FRE 402 & 403; FRE 602 |
| 196:17–197:09 | | |
| 197:17–201:07 | | FRE 402 & 403; ambiguous |
| 202:19–203:16 | | FRE 402 & 403; FRE 602; ambiguous |
| 204:12–204:25 | | FRE 402 & 403 |
| 205:07–206:12 | | FRE 402 & 403; FRE 602; calls for legal conclusion |
| 209:17–211:02 | | FRE 402 & 403 |
| 211:22–213:05 | | |

| Plaintiff's Designation | Counter-Designation | Objections |
|---|---|---|
| 213:08–213:11 | | |
| 220:14–221:03 | 221:4–25 | |
| 222:01–222:09 | | FRE 402 & 403 |
| 222:23–223:03 | | FRE 402 & 403 |
| 228:02–228:20 | | FRE 402 & 403 |
| 228:25–230:05 | 230:19–25 | |
| 243:21–244:25 | 235:17–243:20; Nov. 14 Tr. at 369:5–374:14 | |
| 250:25–251:09 | | FRE 402 & 403; ambiguous; |

IV. **Martijn Groeneweweg on behalf of The Digital Xpedition (TDX) Holding BV (Nov. 14, 2023)**

| Plaintiff's Designation | Counter-Designation | Objections |
|---|---|---|
| 264:12–265:25 | | Ambiguous; FRE 602 |
| 266:02–266:14 | | Ambiguous; FRE 602 |
| 266:16–268:06 | | Calls for legal conclusion; ambiguous |
| 268:08–269:02 | | Calls for legal conclusion; ambiguous; mischaracterizes testimony; FRE 602 |
| 279:07–279:15 | | FRE 402 & 403 |
| 279:20–280:13 | 280:14–22 | FRE 402 & 403 |
| 286:23–287:02 | | |
| 305:08–305:18 | | FRE 402 & 403; calls for legal conclusion |
| 348:21–350:23 | 350:24–351:4 | FRE 402 & 403; lack of foundation; FRE 602 |
| 366:04–367:11 | | Ambiguous; mischaracterizes testimony |
| 379:03–381:13 | 374:16–376:2 | FRE 402 & 403 |

Dated: February 3, 2025

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Samuel B. Hartzell
Samuel B. Hartzell, NC State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2112
Sam.Hartzell@wbd-us.com

*Counsel for Defendant DMARC Advisor BV*