# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Case No. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DMARC ADVISOR BV, <br> f/k/a dmarcian Europe BV, <br><br> *Defendant*. | **DEFENDANT'S CONSENT MOTION TO EXPEDITE BRIEFING AND DECISION** |

Defendant DMARC Advisor BV ("DMARC Advisor") hereby moves this Court for an expedited briefing schedule and decision on Defendant's Motion to Stay, ECF No. 432. DMARC Advisor filed that Motion to Stay pending appeal of this Court's sanctions orders and newest preliminary injunction. Trial is set for trial during the March 10, 2025, term. [Text-Only Order of October 7, 2024]. Unless this Court rules on the Motion to Stay sufficiently in advance of trial, the uncertainty will prejudice both parties.

DMARC Advisor consulted with counsel for Plaintiff before filing this motion. While Plaintiff does not consent to the stay, it does agree that the parties would benefit from swift resolution of the stay issue, one way or the other. To that end, Plaintiff consents to the relief sought in this motion to expedite, and agrees to the following briefing schedule:

- Plaintiff will file its brief responding to DMARC Advisor's Motion to Stay no later than Wednesday, February 5, 2025.

- DMARC Advisor will file its reply, if any, on the next business day after Plaintiff files its response, and no later than Thursday, February 6, 2025.

Finally, the parties respectfully request that this Court consider the Motion to Stay during the pretrial conference on Friday, February 7, 2025, with a ruling to follow as soon thereafter as is practicable.

Dated: February 3, 2025    Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Samuel B. Hartzell
Samuel B. Hartzell, NC State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2112
Sam.Hartzell@wbd-us.com

*Counsel for Defendant DMARC Advisor BV*