# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DMARC ADVISOR BV, <br> f/k/a dmarcian Europe BV, <br><br> Defendant. | **SUPPLEMENT TO LETTERS OF REQUEST FOR ORAL EXAMINATIONS OF HUB HARMELING AND HERWERT KALKMAN** |

Requests were previously made pursuant to Chapters I and III of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention") by the United States District Court for the Western District of North Carolina, 100 Otis Street, Asheville, NC 28801, UNITED STATES OF AMERICA, to the Ministry of Justice, for assistance in obtaining testimony needed for an upcoming trial in the above-captioned action. Those requests are hereby supplemented as follows:

1. The trial in the above-captioned action currently has a setting for May 12, 2025. The Court respectfully requests that the examinations of Hub Harmeling and Herwert Kalkman be scheduled by the Dutch Court

to be completed before April 12, 2025, so as not to interfere with such setting.

2. The Court respectfully requests that the Dutch Court allocate no less than seven (7) hours for the examination of each witness (for a total of no less than fourteen (14) hours for both witnesses), and that the Dutch Court schedule such examinations on consecutive days, if feasible, so as to accommodate the travel arrangements of U.S. counsel.

3. The Court respectfully requests that there be no requirement that the parties submit their questions in advance of such examinations.

It is emphasized that this time frame and these parameters of examination are very important to the conduct of this case.

This Court expresses its appreciation of the Ministry of Justice for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the Ministry of Justice in a similar manner when required.

Signed this the 7th day of February, 2025, in Asheville, North Carolina, United States of America.

Signed: February 7, 2025

Martin Reidinger
Chief United States District Judge