THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00067-MR

| | |
|---|---|
| DMARCIAN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DMARC ADVISOR BV, ) | |
| formerly known as dmarcian ) | |
| Europe BV, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the receipt of video files of the examinations of Herwert Jente Kalkman and Hub Harmeling from the Rechtbank Noord-Holland. [Doc. 458].

In order to protect the privacy interests of these witnesses as recognized by Dutch law, the Court will amend the Protective Order previously entered in this matter to ensure that the protections conferred by the Protective Order extend to the video files of these examinations.

**IT IS, THEREFORE, ORDERED** that Parargraph 3 of the Protective Order [Docs. 204] previously entered in this matter is hereby **AMENDED** to clarify that the protections conferred by the Protective Order extend to the

video files of the examinations of Herwert Jente Kalkman and Hub Harmeling conducted in the Rechtbank Noord-Holland.

The Clerk of Court is respectfully directed to provide copies of these examinations on a flash drive to the parties' counsel of record, along with a copy of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge