

Writer's E-mail Address:
pamela.duffy@elliswinters.com

Writer's Direct Phone:
(336) 478-8688

September 12, 2025

**VIA CM/ECF SYSTEM**

Hon. Martin Reidinger
Chief Judge
U.S. District Court for the Western District of North Carolina
200 Otis Street
Asheville, NC 28801

Re: Rule of Professional Conduct 1.12 Notice With Respect to *Dmarcian, Inc.*, *v. Dmarc Advisor BV, f/k/a dmarcian Europe BV,* Civil Action No. 1:21-cv-00067-MR (the "*Dmarcian* Matter"), and its corresponding pending cases in the U.S. Court of Appeals for the Fourth Circuit as follows: *Dmarcian, Inc. v. Pressly Millen*, No. 25-1085, *Dmarcian, Inc., v. Dmarc Advisor BV*, No. 23-1790, and *Dmarcian, Inc., v. Dmarc Advisor BV*, No. 25-1084 (the "*Dmarcian Appeals* Matters")

Dear Judge Reidinger:

Our firm is counsel of record in the *Dmarcian* Matter and the *Dmarcian Appeals* Matters, as defined above.

Our firm has hired Jacob Stewart, who completed a clerkship with Your Honor during the time that the *Dmarcian* Matters and *Dmarcian Appeals* Matters were pending. Our employment of Mr. Stewart implicates Rule of Professional Conduct 1.12 ("RPC 1.12").

In an abundance of caution, we are proceeding under the assumption that Mr. Stewart would be disqualified from participating in our firm's representations in the *Dmarcian* Matter and *Dmarcian Appeals* Matters pursuant to RPC 1.12(a). Operating under that assumption, we have taken steps contemplated by RPC 1.12(c). In accordance with RPC 1.12(c)(1), we have screened Mr. Stewart from these matters. In particular, we provided notice to those working on the *Dmarcian* Matter

**ELLIS & WINTERS LLP**

*Mailing Address:* P.O. Box 33550, Raleigh, NC 27636
4131 Parklake Avenue, Suite 400, Raleigh, NC 27612
T. 919.865.7000  F. 919.865.7010  W. www.elliswinters.com

Case 1:21-cv-00067-MR   Document 463   Filed 09/12/25   Page 1 of 2

and *Dmarcian Appeals* Matters that they are not to discuss the matters with Mr. Stewart. Likewise, we have provided notice to Mr. Stewart that he is not to discuss the *Dmarcian* Matter and *Dmarcian Appeals* Matters with others at our firm. We have also instructed our personnel working on the *Dmarcian* Matter and *Dmarcian Appeals* Matters to ensure that Mr. Stewart does not have access to any files that relate to the matters.

By this letter, we are providing the written notice contemplated by RPC 1.12(c)(2). As noted below, we are copying all other counsel of record in the *Dmarcian* Matter and *Dmarcian Appeals* Matters via the CM/ECF System.

Very truly yours,

ELLIS & WINTERS LLP

Pamela S. Duffy

cc: Counsel of Record (via CM/ECF System)

ELLIS & WINTERS LLP
Mailing Address: P.O. Box 2752, Greensboro, NC 27402
300 North Greene Street, Suite 800, Greensboro, NC 27401
T 336.217.4193   F 336.217.4199   W www.elliswinters.com

Case 1:21-cv-00067-MR   Document 463   Filed 09/12/25   Page 2 of 2