IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO.: 1:21-CV-00067

| | |
|---|---|
| DMARCIAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> DMARC ADVISOR BV, <br> f/k/a dmarcian Europe BV, <br><br> Defendant. | **PLAINTIFF'S MOTION TO SUPPLEMENT COMPLAINT** |

NOW COMES the Plaintiff and moves the Court pursuant to Rule 15(d) of the Federal Rules of Civil Procedure to supplement its complaint to address a change in circumstances occurring during the pendency of the case. In support of this motion, Plaintiff shows the Court as follows:

1.     A copy of the original trademark registration history as **Exhibit A** and a copy of the new trademark registration history as **Exhibit B** reflects that an inadvertent lapse in the trademark registration occurred during the pendency of the case. **Exhibit C** is the new Certificate of Registration.

2.     Use of the marks in question have been in continuous use, as set forth in the supporting Declaration of Timothy Draegen.

3.    Plaintiff seeks to amend its complaint to allow it to proceed with its Lanham Act claims under the trademark registration number that issued on April 21, 2026, which registers the same mark under a new number.

4.    Defendant will not be prejudiced as there are overlapping issues on the existing common law trademark registration which will require presentation of the same evidence, and nothing will change as to the Lanham Act claims except that there is a new registration number and issuance date which will be submitted to the jury for consideration of a permanent injunction in addition to the original trademark number and original issuance date that continues to support the original claim for damages, along with common law infringement which supports the claim for damages throughout the case.

5.    A redlined copy of the Second Amended Complaint (Doc. 51) showing the portions to be supplemented is attached hereto as **Exhibit D.**  Changes were made to a limited number of paragraphs:  ¶¶ 45-49, 103, and 224, and the April 21, 2026 Certificate would be included as a new Exhibit J.

6.    Plaintiff has conferred with Defendant's counsel.  Defendant does not consent to this motion.

WHEREFORE, the Plaintiff hereby moves to supplement its Complaint as set forth in **Exhibit C.**

This the 5th day of May, 2026.

/s/ Pamela S. Duffy_____
Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Tyler C. Jameson, N.C.S.B. No. 59348
ty.jameson@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorneys for Plaintiff*

OF COUNSEL:
/s/ David Dorey_____
David Dorey, DE #5283
Blank Rome, LLP
David.dorey@BlankRome.com
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6418
*Attorney for Plaintiff*

## AI CERTIFICATION

Undersigned counsel hereby certifies that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg.

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 5th day of May, 2026.

/s/ Pamela S. Duffy_____
Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorney for Plaintiff*

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION TO SUPPLEMENT COMPLAINT was served upon counsel of record for all other parties to this action listed below by efiling a copy of the same utilizing the Western District of North Carolina's efiling system, which will send notification of such filing to all counsel of record.

This the 5th day of May, 2026.

/s/ Pamela S. Duffy
Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorney for Plaintiff*