# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### CASE NO.: 1:21-CV-00067

DMARCIAN, INC.,

        Plaintiff,

    v.

DMARC ADVISOR BV,
f/k/a dmarcian Europe BV,

        Defendant.

**DECLARATION OF TIMOTHY DRAEGEN IN SUPPORT OF PLAINTIFF'S MOTION TO SUPPLEMENT COMPLAINT**

---

NOW COMES Timothy Draegen, under the pains and penalties of perjury, and hereby declares that the following is true of his own personal knowledge.

1. Prior to the cancellation of the trademark registration that issued in 2019, I apparently received one email from dmarcian's trademark counsel (which is not either of the firms representing me in this case) asking if dmarcian wanted to renew the DMARCIAN mark in the US. The email was part of a thread sent to our invoicing department concerning outstanding invoices related to renewal of foreign trademark registrations and therefore did not stand out as something remarkable or requiring attention from me as opposed to action from our invoicing department to pay bills. Although I was apparently copied, I did not recall seeing it or being aware that I was being sent an email in that thread that related to something other than

invoices. I did not receive any other email prior to cancellation of the US mark and I do not recall getting any phone calls about this issue.

2. I do recall receiving an email in November of 2025 asking if I wanted to renew, which was the first time that I became aware that action was required. Only after I promptly responded affirmatively did I learn that the Mark had been cancelled and that a new application would have to be filed.

3. A new application was filed and a new registration was issued on April 21, 2026.

4. During the intervening time, dmarcian continued to operate under the name dmarcian and to use the same DMARCIAN marks as it always had.

I declare under the penalty of perjury that the foregoing is true and accurate. This the  4  day of May, 2026.

Timothy Draegen

## AI CERTIFICATION

Undersigned counsel hereby certifies that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg.

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 5th day of May, 2026.

*/s/ Pamela S. Duffy*
Pamela S. Duffy, N.C.S.B. No. 18329
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
pamela.duffy@elliswinters.com
*Attorney for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing DECLARATION was served upon counsel of record for all other parties to this action listed below by efiling a copy of the same utilizing the Western District of North Carolina's efiling system, which will send notification of such filing to all counsel of record.

This the 5th day of May, 2026.

/s/ Pamela S. Duffy
Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorney for Plaintiff*

4