FILED: August 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1085
(1:21-cv-00067-MR)

_____

DMARCIAN, INC.

      Plaintiff - Appellee

v.

PRESSLY MCAULEY MILLEN

      Party-in-Interest - Appellant

 and

DMARC ADVISOR BV, f/k/a dmarcian Europe BV

      Defendant

_____

M A N D A T E
_____

The judgment of this court, entered 07/10/2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*