IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO.: 1:21-CV-00067

| | |
|---|---|
| DMARCIAN, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>DMARC ADVISOR BV,<br>f/k/a dmarcian Europe BV,<br><br>      Defendant. | **PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE AND UPDATE TO COURT AS TO STATUS OF PARALLEL PROCEEDINGS** |

NOW COMES Plaintiff, by and through its undersigned counsel, and hereby moves for a scheduling conference with the Court. In support of this motion, the Plaintiff shows the Court as follows:

**Status of Appellate Proceedings**

1. Defendant and its counsel Pressly Millen previously appealed several orders of this Court, including the Second Amended Preliminary Injunction, a contempt order as to Defendant, and a contempt order as to Mr. Millen.

2. Defendant moved for a stay pending appeal of the injunction, the contempt orders, and trial, and for an administrative stay.

3.     An administrative stay of trial was entered by the Clerk of Court of the Fourth Circuit Court of Appeals on April 17, 2025.

4.     The Fourth Circuit issued published opinions on July 10, 2026 upholding the Second Amended Preliminary Injunction, dismissing the appeal as to the contempt order as to Defendant, vacating the contempt order as to Mr. Millen, and dissolving the administrative stay.

5.     Defendant filed a petition for rehearing on July 24, 2026, and an order was entered by the Fourth Circuit Court of Appeals temporarily staying the mandate on the Defendant's appeals until a ruling issued on the petition.

6.     On July 27, 2024, Plaintiff moved to dissolve the administrative stay of trial, which Defendant opposed.

7.     The mandate issued as to Mr. Millen's appeal on August 3, 2026.

8.     The Fourth Circuit denied the Petition for Rehearing on August 7, 2026 and the mandate in that case will issue on August 14, 2026, thereby mooting the motion to dissolve the stay of trial which will expire along with the mandate.

9.     Defendant has not indicated its intention to further pursue the appeal, but if Defendant files writ of certiorari and requests a stay, such stay is not granted simply upon request.  Fed. R. App. P. 41(d); 4th. Cir. Local R. 41.

2

## Status of Dutch Proceedings

10. Defendant moved in the Dutch proceedings to dissolve the stay of the Dutch proceedings, in large part due to the delay in trial in the U.S. proceedings due to the ongoing Fourth Circuit proceedings that Defendant and its counsel have pursued.

11. In February 2026 and again in July 2026, both parties submitted estimates to the Dutch Court as to when the Fourth Circuit proceedings might conclude and potential trial dates in the U.S. Proceedings and also provided copies of rulings and filings in the Fourth Circuit proceedings, including the Petition for Rehearing. A certified translation of the record of proceedings held by the Dutch Court on July 1, 2026 is attached hereto as **Exhibit 1**.

12. The Dutch Court asked for the parties to provide copies of relevant court decisions from the U.S. proceedings, which was done.

13. A ruling was initially expected on July 29, 2026 from the Dutch Court on DMARC Advisor's motion to dissolve the stay of the Dutch proceedings. However, on July 30, 2026, the Dutch Court deferred its decision on whether to dissolve the stay of the Dutch proceedings until September 9, 2026.

14. Plaintiff hopes to be able to provide the Dutch Court with an update as to an expected trial date in the U.S. proceedings in advance of the expected September 9, 2026 decision date by the Dutch Court.

## Status of California Proceedings

15. Plaintiff and Defendant's representative Mr. Groeneweg are presently scheduled to proceed to trial on or about November 4, 2026 in another pending case in California ("the *Swenberg* litigation").

16. Dmarcian, Tim Draegen, DMARC Advisor and Mr. Groeneweg are each defendants in the *Swenberg* litigation. The trial is bifurcated as to Mr. Groeneweg and DMARC Advisor, and trial of that bifurcated action is expected to occur after resolution of the case between Mr. Swenberg and dmarcian, likely in 2027.

17. Per California rules of court, fact discovery will end on October 5, 2026 and expert discovery will end on October 20, 2026. Not all fact depositions have concluded, and it is anticipated that expert disclosures are forthcoming which will require expert depositions.

18. Dmarcian expects to call Tim Draegen and Shannon Draegen as witnesses in the *Swenberg* litigation as well as in the instant proceedings, and Mr. Groeneweg is expected to be a witness in the first phase of those proceedings as well as in the bifurcated case. Further, Mr. Dorey is counsel for dmarcian in the *Swenberg* litigation as well as in the instant case.

4

19. Given that dmarcian's counsel, client representatives and witnesses are required in both proceedings, the instant case and the *Swenberg* litigation cannot proceed simultaneously.

20. Under § 583.310 *et seq.* of the California Code of Civil Procedure, trial must commence within five years of filing. Taking into account various tolling periods, the deadline for the *Swenberg* case under such rule requires that case to commence by November 20, 2026 absent waiver of the deadline. If the instant case is anticipated to proceed in November, dmarcian would waive that deadline and request the California trial to be continued to January or February but it is possible that the plaintiff in the *Swenberg* case would attempt to oppose that waiver.

21. The California court has indicated the intent to try the case three days a week, with some trial weeks to have only one or no days of court. The best estimate of the California Court and the parties to that case is that the case will run into January 2027.

**Request for Status Conference**

22. Plaintiff seeks a scheduling conference for the following reasons:

    a. To ensure that the parties meet the Court's expectations on trial readiness, whether in September or November or some other time as may be set by the Court;

5

b. To provide the Dutch Courts with more current information concerning this Court's intentions regarding trial so that it may have the benefit of such information in advance of its expected ruling on September 9, 2026, understanding that this Court and the parties await a ruling on the motion to dissolve the administrative stay and/or on the petition for rehearing;

c. To promote an orderly process which will allow the parties to notify experts and other witnesses of likely trial dates to better ensure availability, as Plaintiff's experts have indicated they have certain conflicts in September, for example, which Plaintiff will need to address if the instant case is called to trial in September; and,

d. To avoid conflicting schedules with the *Swenberg* litigation and allow the California court time to address dmarcian's request to continue that case, if necessary.

23. Plaintiff has conferred with Defendant in advance of this motion and Defendant does not consent to this motion on the grounds that Defendant believes the motion is premature.

6

This the 11th day of August, 2026.

/s/ Pamela S. Duffy_____
Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Tyler C. Jameson, N.C.S.B. No. 59348
ty.jameson@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorneys for Plaintiff*

OF COUNSEL:
/s/ David Dorey_____
David Dorey, DE #5283
Blank Rome, LLP
david.dorey@BlankRome.com
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6418
*Attorney for Plaintiff*

7

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

I hereby certify that the foregoing was served upon counsel of record for all other parties to this action listed below by efiling a copy of the same utilizing the Western District of North Carolina's efiling system, which will send notification of such filing to all counsel of record.

This the 11th day of August, 2026.

*/s/ Pamela S. Duffy*
Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorney for Plaintiff*

8