# EXHIBIT 1

# record

## ROTTERDAM DISTRICT COURT

Commerce and port team

Case number: C/10/712394 / HA ZA 25-1141 (former case number: C/10/632146 / HA ZA 22-67)

**Record of the pre-trial hearing of July 1st, 2026**

in the case of

the private limited liability company
**DMARC ADVISOR B.V.** (known as DMARCIAN EUROPE B.V. at the time the summons was issued),
having its registered office in Dordrecht, the Netherlands,
the plaintiff,
attorney-at-law: Mr. A.P. Meijboom, LL.M.

versus

1. the legal entity incorporated under foreign law,
   **DMARCIAN, INC.,**
   having its registered office in Brevard, North Carolina, United States of America,
   the defendant,
   attorney-at-law: Mr. T.S. Jansen, LL.M.,
2. **TIMOTHY GEORGE DRAEGEN,**
   residing in Brevard, North Carolina, United States of America,
   the defendant,
   attorney-at-law: Mr. P.A. Josephus Jitta, LL.M.

The parties are hereinafter referred to as "dBV", "dInc" and "Draegen".


The hearing was held in the court building of the Rotterdam District Court.

The case was heard by judges P.F.G.T. Hofmeijer-Rutten, LL.M., W.J.M. Diekman, LL.M., and D.E. Stols, LL.M., assisted by clerk of the court M. Welter-Dekkers, LL.M.

The hearing was attended by:
- Mr. M. Groeneweg, on behalf of dBV;
- Mr. A.P. Meijboom, LL.M., dBV's attorney-at-law;
- Mr. T.S. Jansen, LL.M., dInc's attorney-at-law;
- Mr. M.C. Hoeba, LL.M., dInc's attorney-at-law;
- Mr. P.A. Josephus Jitta, LL.M., Draegen's attorney-at-law;
- Ms. J.H. Wolf, Draegen's attorney-at-law.

case number: C/10/712394/ HA ZA 25-1141
July 1st, 2026

dBV's motion to resume the proceedings was discussed with the parties. The discussion covered the actual situation in the market and the status of the U.S. proceedings. Various scenarios regarding developments in the United States and their implications for the present proceedings were also explored.

The parties were unable to reach an agreement on how to proceed with the proceedings. dBV maintains its request to resume the proceedings, while dInc and Draegen maintain their objection to that request.

The case is referred to the docket list of **July 29th, 2026**, at which time a decision will be made regarding the resumption of the proceedings.

The parties may submit relevant court decisions from the U.S. proceedings (including docket entries) before July 29th, 2026. The parties are not expected to provide any substantive explanation or comments in this regard. The court makes no commitments regarding the inclusion of such additional documents in its decision.

Of which this record was drawn up.

[signature]

Ondergetekende, P.A. (Patrick) Arbouw, door de raad voor Rechtsbijstand als vertaler ingeschreven in het Register beëdigde tolken en vertalers onder Wbtv nummer 2910 en beëdigd bij de rechtbank te Arnhem, verklaart dat bovenstaande een woordgetrouwe en nauwkeurige **Engelse** vertaling is van het aangehechte document, dat in het **Nederlands** is opgesteld. Gedaan te **Tiel** op **10 augustus 2026.**

I, the undersigned, P.A. (Patrick) Arbouw, registered by the Legal Aid Council as a translator in the Register of Sworn Interpreters and Translators under Wbtv number 2910 and sworn before the District Court of Arnhem, the Netherlands, state that the above is a true and accurate English translation of the appended document, which is drawn up in Dutch. Done in Tiel on 10 August 2026.



# proces-verbaal

**RECHTBANK ROTTERDAM**

Team handel en haven

Zaaknummer: C/10/712394 / HA ZA 25-1141 (voorheen: C/10/632146 / HA ZA 22-67)

**Proces-verbaal van de regiezitting van 1 juli 2026**

in de zaak van

de besloten vennootschap met beperkte aansprakelijkheid
**DMARC ADVISOR B.V.** (ten tijde van de dagvaarding genaamd DMARCIAN EUROPE B.V.),
gevestigd te Dordrecht,
eiseres,
advocaat: mr. A.P. Meijboom,

tegen

1. de rechtspersoon naar buitenlands recht
   **DMARCIAN, INC.**,
   gevestigd te Brevard, North Carolina, Verenigde Staten,
   gedaagde,
   advocaat: mr. T.S. Jansen,
2. **TIMOTHY GEORGE DRAEGEN**,
   wonende te Brevard, North Carolina, Verenigde Staten,
   gedaagde,
   advocaat: mr. P.A. Josephus Jitta.

Partijen worden hierna dBV, dInc en Draegen genoemd.

De zitting wordt gehouden in het gebouw van de rechtbank in Rotterdam.

De zaak wordt behandeld door mr. P.F.G.T. Hofmeijer-Rutten, mr. W.J.M. Diekman en mr. D.E. Stols, rechters, bijgestaan door mr. M. Welter-Dekkers als griffier.

Aanwezig zijn:
- de heer M. Groeneweg, namens dBV;
- mr. A.P. Meijboom, advocaat van dBV;
- mr. T.S. Jansen, advocaat van dInc;
- mr. M.C. Hoeba, advocaat van dInc;
- mr. P.A. Josephus Jitta, advocaat van Draegen;
- mr. J.H. Wolf, advocaat van Draegen.

Case 1:21-cv-00067-MR    Document 481-1    Filed 08/11/26    Page 5 of 6

Het hervattingsverzoek van dBV is met partijen besproken. Daarbij is gesproken over de feitelijke situatie in de markt en de stand van zaken in de Amerikaanse procedures. Ook zijn diverse scenario's van de ontwikkelingen in de Verenigde Staten en de gevolgen daarvan voor de onderhavige procedure doorgenomen.

Het is niet gelukt om met partijen afspraken te maken over de verdere aanpak van de procedure. dBV blijft bij haar verzoek om de procedure te hervatten en dInc en Draegen handhaven hun bezwaar daartegen.

De zaak wordt verwezen naar de rol van **29 juli 2026** voor vonnis, waarin zal worden beslist over hervatting van de procedure.

Partijen kunnen relevante rechterlijke beslissingen uit de Amerikaanse procedure (inclusief rolvermeldingen) vóór 29 juli 2026 overleggen. Het is niet de bedoeling dat partijen daarbij een inhoudelijke toelichting of commentaar geven. De rechtbank doet geen toezeggingen over het in de beslissing betrekken van dergelijke nadere stukken.

Waarvan proces-verbaal.