FILED: August 14, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1084
(1:21-cv-00067-MR)

_____

DMARCIAN, INC.

       Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a dmarcian Europe BV

       Defendant - Appellant

_____

No. 23-1790
(1:21-cv-00067-MR)

_____

DMARCIAN, INC.

       Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a dmarcian Europe BV

       Defendant – Appellant

———————————————————

## TEMPORARY STAY OF MANDATE

———————————————————

Under Fed. R. App. P. 41(b), the filing of a timely motion to stay the mandate stays the mandate until the court has ruled on the motion. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*