FILED: August 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-1790 (L)
(1:21-cv-00067-MR)

---

DMARCIAN, INC.

Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a dmarcian Europe BV

Defendant - Appellant

---

No. 25-1084
(1:21-cv-00067-MR)

---

DMARCIAN, INC.

Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a dmarcian Europe BV

Defendant - Appellant

# O R D E R

Upon consideration of appellant's motion to stay the mandate, the court denies the motion.

Entered at the direction of Judge Wilkinson with the concurrence of Judge Wynn and Senior Judge Keenan.

For the Court

/s/ Nwamaka Anowi, Clerk