**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Case No. 1:21-cv-00067-MR**

DMARCIAN, INC.,

*Plaintiff*,

v.

DMARC ADVISOR BV,
f/k/a dmarcian Europe BV,

*Defendant*.

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DMARC ADVISOR BV**

Womble Bond Dickinson (US) LLP and its attorneys of record in this action—Pressly M. Millen, Ripley Rand, and Samuel B. Hartzell—move under Local Civil Rule 83.1(f) and Rule 1.16(b) of the North Carolina Rules of Professional Conduct for leave to withdraw as counsel for Defendant DMARC Advisor BV. The grounds for this Motion are set forth in the accompanying Brief in Support.

DMARC Advisor BV has not consented to, but does not actively oppose, the relief requested in this Motion. DMARC Advisor BV's last known address is Burgemeester de Raadtsingel 93, 3311JG Dordrecht, Netherlands.

Movants conferred on August 21, 2026, with counsel for Plaintiff dmarcian, Inc. dmarcian reports that it is not in a position to make an informed decision about whether or not to consent to withdrawal.

Dated: August 25, 2026

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Samuel B. Hartzell
Pressly M. Millen, NC State Bar No. 16178
Ripley Rand, NC State Bar No. 22275
Samuel B. Hartzell, NC State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2100
Press.Millen@wbd-us.com
Ripley.Rand@wbd-us.com
Sam.Hartzell@wbd-us.com

*Counsel for Defendant DMARC Advisor BV*

## CERTIFICATE OF SERVICE

I certify that on August 25, 2026, I filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send electronic notice to all counsel of record. I also served DMARC Advisor BV directly by email to Martijn Groeneweg, DMARC Advisor BV's CEO, at martijn@dmarcadvisor.com.

/s/ Samuel B. Hartzell
Samuel B. Hartzell