IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00067-MR

| | | |
|---|---|---|
| **DMARCIAN, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DMARC ADVISOR BV, f/k/a dmarcian Europe BV,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Scheduling Conference [Doc. 481] and the Motion to Withdraw as Counsel for Defendant DMARC Advisor BV [Doc. 485].

By its present motion, the Plaintiff moves for a scheduling conference with the Court. [Doc. 481]. In light of the resolution of the proceedings before the Court of Appeals,[1] the Plaintiff's request for a scheduling conference is granted. The Court will set a scheduling conference on Tuesday, September

[1] The Court of Appeals issued its mandate as to DMARC Advisor's appeal on August 26, 2026, after the Plaintiff filed the present motion.

8, 2026, at which time the parties shall be prepared to discuss the setting of this matter for trial as soon as is practicable.[2]

The Court will address counsel's Motion to Withdraw [Doc. 485] at the status conference. At such conference, the Defendant shall have counsel in attendance who are prepared to make an appearance in the action and proceed with the litigation of this matter in the event that the Motion to Withdraw is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Scheduling Conference [Doc. 481] is hereby **GRANTED**, and this matter shall be set for a scheduling conference on **Tuesday, September 8, 2026, at 2:00 p.m.**

**IT IS FURTHER ORDERED** that the Motion to Withdraw [Doc. 485] shall be scheduled for hearing at the time of the scheduling conference. The Defendant shall have counsel in attendance who are prepared to make an appearance in the action and proceed with the litigation of this matter in the event that the Motion to Withdraw is granted.

---

[2] In the event that the Court has a jury trial on September 8th, the scheduling conference will be rescheduled to Friday, September 18, 2026, at 9:00 a.m. If the September 8th hearing needs to be rescheduled, the Court will advise the parties of such fact no later than close of business on Friday, September 4, 2026.

**IT IS SO ORDERED.**

Signed: August 28, 2026

Martin Reidinger
Chief United States District Judge