IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:21-CV-00067

| | |
|---|---|
| DMARCIAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DMARC ADVISOR BV, f/k/a dmarcian Europe BV,<br><br>Defendant. | **MOTION TO WITHDRAW AS COUNSEL** |

David N. Allen respectfully moves this Court for an Order permitting him to withdraw as counsel of record for Interested Party Pressly M. Millien of the law firm of Womble Bond Dickinson, in the above action. Mr. Allen was retained and appeared on behalf of Mr. Millen in this Court for limited purposes surrounding a Notice to Show Cause Hearing and subsequent Appeal on Mr. Millen's behalf. (ECF No. 406). Now that the appeal has concluded, good cause exists for Mr. Allen to withdraw as counsel for Mr. Millen in this matter. Mr. Millen consents to the withdraw of Mr. Allen. Plaintiff and Defendant have been informed of Mr. Allen's intention to withdraw and also consent. Permitting Mr. Allen to withdraw from this matter will therefore not prejudice the rights of any party nor delay these proceedings given that Mr. Millen is not a party to this action. Mr. Millen's current address is: Womble Bond Dickinson (US) LLP, 555 Fayetteville St., Suite 1100, P. O. Box 831 (27602), Raleigh, NC 27601.

Wherefore, Mr. Allen respectfully moves this Court to grant his motion to withdraw as counsel of record for Mr. Millen in this civil action. A proposed order is filed herewith for the Court's consideration.

This the 3 day of September, 2026.

David N. Allen, NC Bar No, 9095
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.505 N. Church Street
Charlotte, North Carolina 28202
Phone: (704) 755-6010
dallen@brookspierce.com

*Attorney for Interested Party Pressly M. Millen*

**CONSENTED BY:**

Pressly M. Millen

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, I electronically filed the above-captioned MOTION TO WITHDRAW AS COUNSEL with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to counsel of record.

_/s/ David N. Allen_________
David N. Allen