IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO.: 1:21-CV-00067

| | |
|---|---|
| DMARCIAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DMARC ADVISOR BV,<br>f/k/a dmarcian Europe BV,<br><br>Defendant. | **MOTION OF PLAINTIFF'S COUNSEL TO EXTEND TIME TO SEEK EXCUSAL FROM PRETRIAL CONFERENCE** |

NOW COMES the undersigned counsel for Plaintiff and hereby moves to extend the time to seek to be excused from the pretrial conference scheduled for October 29, 2026. The undersigned counsel wishes to attend such conference and intends to take point on arguing the majority of the motions in limine. However, the undersigned counsel underwent surgery on October 14, 2026 for a retinal tear/detachment and has been advised against travelling to higher elevations until certain conditions are resolved. The undersigned counsel is optimistic that she could be cleared for travel to Asheville for the October 29, 2026 pretrial conference, or that alternatively that she can obtain appropriate medications/instructions which will reduce the risk of such travel. However, she will not be certain of her physician's

advice in that regard until a follow-up appointment which is scheduled for on October 26, 2026.

The undersigned counsel has conferred with Defendant's counsel who has consented to this extension from October 23, 2026 to October 26, 2026.

This the 23rd day of October, 2026.

*/s/ Pamela S. Duffy*________
Pamela S. Duffy, N.C.S.B. No. 18329
pamela.duffy@elliswinters.com
Tyler C. Jameson, N.C.S.B. No. 59348
ty.jameson@elliswinters.com
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorneys for Plaintiff*

OF COUNSEL:
*/s/ David Dorey*________________
David Dorey, DE #5283
Blank Rome, LLP
David.dorey@BlankRome.com
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6418
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon counsel of record for all other parties to this action listed below by efiling a copy of the same utilizing the Western District of North Carolina's efiling system, which will send notification of such filing to all counsel of record.

This the 23rd day of October, 2026.

*/s/ Pamela S. Duffy*___________
Pamela S. Duffy, N.C.S.B. No. 18329
*pamela.duffy@elliswinters.com*
Ellis & Winters LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
*Attorney for Plaintiff*