| | |
|---|---|
| **From:** | Pamela Duffy |
| **To:** | Lori Ritter |
| **Cc:** | Hartzell, Samuel; ripley.rand_wbd-us.com; Dorey, David A.; Kaylee Faw; Ty Jameson |
| **Subject:** | dmarcian - additional scheduling/status issue |
| **Date:** | Tuesday, October 13, 2026 12:43:30 PM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**

Ms. Ritter:

I am writing to let you know of an unexpected development, as I need to have emergency eye surgery tomorrow morning. I will know more following my surgery as to the expected recovery time and impact on my work/trial prep schedule. However, if the Court would be willing to grant us a telephone status conference later this week or early next week in advance of the October 30 PTC to address this issue as well as the continuing scheduling conflict issues with the California proceedings and status of the Dutch proceedings, we would most appreciate the opportunity to discuss these issues with the Court.

I have consulted with the Defendant's counsel and they agreed with me sending this inquiry.

Pam

Pamela Duffy | Attorney
pamela.duffy@elliswinters.com
P 336.478.8688 F 336.217.4198

ELLIS | WINTERS

ELLIS & WINTERS LLP
300 North Greene Street, Suite 800 | Greensboro, NC 27401
P.O. Box 2752 | Greensboro, NC 27402
www.elliswinters.com

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.